**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>**Northern District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kimomex Markets, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Mercados Suvianda** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-5576268** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**250 East Virginia Street**<br>**San Jose, CA**<br>ZIP Code **95112** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Santa Clara** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Kimomex Markets, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kimomex Markets, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Paul E. Manasian**
Signature of Attorney for Debtor(s)

**Paul E. Manasian 130855**
Printed Name of Attorney for Debtor(s)

**MANASIAN & ROUGEAU LLP**
Firm Name

**400 Montgomery Street**
**Suite 1000**
**San Francisco, CA 94104**

_____
Address

**Email: dion@mrlawsf.com**
**(415) 291-8425 Fax: (415) 291-8426**
Telephone Number

**August 9, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Peter Mehrberg** *
Signature of Authorized Individual

**Peter Mehrberg**
Printed Name of Authorized Individual

**Director**
Title of Authorized Individual

**August 9, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re   **Kimomex Markets, Inc.**_____,   Case No. _____

                                    Debtor

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 627,500.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 7,664,538.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 24 | | 670,520.67 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 35 | | 3,673,955.32 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 68 | | | |
| Total Assets | | | 627,500.00 | | |
| Total Liabilities | | | | 12,009,013.99 | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com             Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of California

In re  **Kimomex Markets, Inc.** ,

Debtor

Case No. _____

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re **Kimomex Markets, Inc.**          Case No. _____
                 Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Kimomex Markets, Inc.**, Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Account: Checking Account - Bank of the West** <br> **Payroll Account - Bank of the West** <br> **Other Account - Bank of the West** | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > 0.00

(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Kimomex Markets, Inc.**                                          ,   Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >         **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Kimomex Markets, Inc.**_____ ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Liquor Licenses** | **-** | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Other: Store and office Furniture Fixtures and Equipment** **Location: White Road, Santa Clara Street, Virginia Street  San Jose, CA** | **-** | **627,500.00** |

272 E. Santa Clara Street, San Jose, Ca

1070 White Road St., San Jose, Ca

|  | Sub-Total > | 627,500.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 627,500.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Kimomex Markets, Inc.**,      Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **Kimomex**<br><br>**Block 5 Retail Assoc.**<br>**Kimball Small Properties**<br>**50 West Santa Clara St.**<br>**San Jose, CA 95113** | | - | | Various<br><br>Other Loan Business Continuation<br><br><br><br>Value $      **250,196.00** | | | | **250,196.00** | **0.00** |
| Account No. **Kimomex**<br><br>**Borel Private Bank**<br>**160 Bovet Road**<br>**San Mateo, CA 94402** | | - | | Various<br><br>Other Loan<br><br>Business Continuation - Blanket UCC<br><br>Value $      **0.00** | | | | **647,379.00** | **647,379.00** |
| Account No. **Kimomex**<br><br>**David K Small**<br>**50 San Fernando**<br>**San Jose, CA 95113** | | - | | Various<br><br>Other Loan Business Continuation Loan<br><br><br>Value $      **74,053.00** | | | | **74,053.00** | **0.00** |
| Account No. **Kimomex**<br><br>**Kimball Small Properties**<br>**50 San Fernando St.**<br>**San Jose, CA 95113** | | - | | Various<br><br>Other Loan<br><br>Assumption of Bridge Bank Loans -- blanket UCC<br><br>Value $      **0.00** | | | | **1,560,000.00** | **1,560,000.00** |
|    **2**    continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | | **2,531,628.00** | **2,207,379.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

All information provided is subject to the limitations set forth in the addendum to the signature below

B6D (Official Form 6D) (12/07) - Cont.

In re **Kimomex Markets, Inc.** , Case No. _____
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Kimomex** <br><br> **Kimball W. Small** <br> **50 San Fernando** <br> **San Jose, CA 95113** | - | | **Various** <br><br> **Other Loan Business COntinuation** <br><br><br> Value $     0.00 | | | | 590,316.00 | 590,316.00 |
| Account No. **Kimomex** <br><br> **Kimomex Santa Clara, LLC** <br> **50 San Fernando** <br> **San Jose, CA 95113** | - | | **Various** <br><br> **Other Loan Business Continuation** <br><br><br> Value $     428,949.00 | | | | 428,949.00 | 0.00 |
| Account No. <br><br> **Kimomex Santa Clara, LLC** <br> **50 West San Fernando Street, Suite 320** <br> **San Jose, CA 95113** | - | | <br><br><br><br> Value $     980,792.00 | | | | 980,792.00 | 0.00 |
| Account No. <br><br> **Kimomex White, LLC** <br> **50 West San Fernando Street, Suite 320** <br> **San Jose, CA 95113** | - | | <br><br><br><br> Value $     2,280,613.00 | | | | 2,280,613.00 | 0.00 |
| Account No. **Kimomex** <br><br> **Kimomex, LLC** <br> **50 San Fernando** <br> **San Jose, CA 95113** | - | | **Various** <br><br> **Other Loan Business Continuation** <br><br><br> Value $     406,110.00 | | | | 406,110.00 | 0.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 4,686,780.00 | 590,316.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Kimomex Markets, Inc.** ,                    Case No. _____

(Debtor)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **Kimomex** <br><br> **Kimosabe Corporation** <br> **50 San Fernando** <br> **San Jose, CA 95113** | - | | | **Various** <br><br> **Other Loan Business Continuation** <br><br> Value $ **446,130.00** | | | | **446,130.00** | **0.00** |
| Account No. | | | | <br><br><br> Value $ | | | | | |
| Account No. | | | | <br><br><br> Value $ | | | | | |
| Account No. | | | | <br><br><br> Value $ | | | | | |
| Account No. | | | | <br><br><br> Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal <br> (Total of this page) | 446,130.00 | 0.00 |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 7,664,538.00 | 2,797,695.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re **Kimomex Markets, Inc.** ,                    Case No. _____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

23   continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kimomex Markets, Inc.** , Case No. _____
                                      Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Alan Cartwright <br> 869 Padova Dr. <br> Gilroy, CA 95020 | - | | | | | | 6,319.85 <br><br> 6,319.85 | | 6,319.85 <br><br> 0.00 |
| Account No. <br><br> Albert T. Lujan <br> 101 Autumn Trail Way <br> Rescue, CA 95672 | - | | | | | | 14,376.70 <br><br> 14,376.70 | | 14,376.70 <br><br> 0.00 |
| Account No. <br><br> Alejandro Benito Mejia <br> 3313 Mt. Wilson Drive <br> San Jose, CA 95127 | - | | | | | | 681.34 <br><br> 681.34 | | 681.34 <br><br> 0.00 |
| Account No. <br><br> Alfonso Rodriguez <br> 1526 Orlando Drive <br> San Jose, CA 95122 | - | | | | | | 1,595.29 <br><br> 1,595.29 | | 1,595.29 <br><br> 0.00 |
| Account No. <br><br> Alfredo Tiopan <br> 1871 Tripoly Avenue <br> San Jose, CA 95122 | - | | | | | | 915.44 <br><br> 915.44 | | 915.44 <br><br> 0.00 |

Sheet __1__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 23,888.62 | 23,888.62 |
| | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kimomex Markets, Inc.**, Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Andres Miravete 10171 Torrance Avenue San Jose, CA 95127 | - | | | | | | 360.10 | 360.10 | 0.00 |
| Account No. Antonio Gutierrez 1340 Paim San Jose, CA 95110 | - | | | | | | 852.55 | 852.55 | 0.00 |
| Account No. Armando Ambriz 4191 Hidden Valley Ln. San Jose, CA 95127 | - | | | | | | 1,528.36 | 1,528.36 | 0.00 |
| Account No. Arturo Garcia 13099 Water Street San Jose, CA 95111 | - | | | | | | 913.71 | 913.71 | 0.00 |
| Account No. Bryant Day 2150 Monterey Hwy, Apt. 253 San Jose, CA 95112 | - | | | | | | 1,919.30 | 1,919.30 | 0.00 |

Sheet **2** of **23** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page): 5,574.02 | 5,574.02 | 0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com — Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kimomex Markets, Inc.**                                        Case No. _____
                                                                     ,
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Carmen Cruzaley Collado 594 N. King Rd., Apt. 16 San Jose, CA 95133 | - | | | | | | | 737.37 |
| | | | | | | | 737.37 | 0.00 |
| Account No. | | | | | | | | |
| Catalina Chevez 2950 Story Rd., Apt. 61 San Jose, CA 95127 | - | | | | | | | 1,926.51 |
| | | | | | | | 1,926.51 | 0.00 |
| Account No. | | | | | | | | |
| Claudia Rios 3955 Seven Trees Blvd., #124 San Jose, CA 95111 | - | | | | | | | 1,623.98 |
| | | | | | | | 1,623.98 | 0.00 |
| Account No. | | | | | | | | |
| Cruz Farias 2563 Bambi Ln. San Jose, CA 95116 | - | | | | | | | 199.57 |
| | | | | | | | 199.57 | 0.00 |
| Account No. | | | | | | | | |
| Daniel A. Hernandez 1918 Alum Rock Ave., Apt. 319 San Jose, CA 95126 | - | | | | | | | 917.60 |
| | | | | | | | 917.60 | 0.00 |

Sheet __3__ of __23__ continuation sheets attached to                    Subtotal                         5,405.03
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)      5,405.03    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kimomex Markets, Inc.** Case No. _____
                                     ,
                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Diana Carlos 1257 Karl Street San Jose, CA 95122 | - | | | | | | 380.98 | 380.98 |
| | | | | | | | 380.98 | 0.00 |
| Account No. Diana Quiroz Quezada 2339 Orlando Dr. San Jose, CA 95122 | - | | | | | | 408.94 | 408.94 |
| | | | | | | | 408.94 | 0.00 |
| Account No. Dolores Vazquez 2167 Mondigo Ave. San Jose, CA 95122 | - | | | | | | 862.46 | 862.46 |
| | | | | | | | 862.46 | 0.00 |
| Account No. Dulce Aranda 196 Grammar Cypl, Apt. 2 San Jose, CA 95116 | - | | | | | | 820.14 | 820.14 |
| | | | | | | | 820.14 | 0.00 |
| Account No. Eduardo Robledo 1526 Orlando Dr. San Jose, CA 95122 | - | | | | | | 4,632.14 | 4,632.14 |
| | | | | | | | 4,632.14 | 0.00 |

Sheet __4___ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

7,104.66

7,104.66     0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kimomex Markets, Inc.** , Case No. _____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Eleazar Menera 1639 Park Dale Way San Jose, CA 95129 | | - | | | | | 753.96 | 753.96 | 0.00 |
| Account No. | | | | | | | | | |
| Elizabeth Caldron 1176 Adrian Way San Jose, CA 95122 | | - | | | | | 446.08 | 446.08 | 0.00 |
| Account No. | | | | | | | | | |
| Elva Amaya 4250 Santa Susana Way San Jose, CA 95111 | | - | | | | | 654.03 | 654.03 | 0.00 |
| Account No. | | | | | | | | | |
| Emmanuel Hernandez 31 Talmadge Ave. | | - | | | | | 582.83 | 582.83 | 0.00 |
| Account No. | | | | | | | | | |
| Esmeralda Aguilar 2151 Oakland Rd., Spece 504 San Jose, CA 95131 | | - | | | | | 1,370.93 | 1,370.93 | 0.00 |

Sheet **5** of **23** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 3,807.83 | 3,807.83 | 0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kimomex Markets, Inc.** , Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br> **Esther Alvarez** <br> **46721 N** <br> **San Jose, CA 95112** | - | | | | | | 787.37 <br><br> 787.37 | 787.37 <br><br> 0.00 |
| Account No. <br> **Evangelina Valencia** <br> **6094 Jacques Dr.** <br> **San Jose, CA 95123** | - | | | | | | 853.31 <br><br> 853.31 | 853.31 <br><br> 0.00 |
| Account No. <br> **Felipa Remigio** <br> **917 Palm Street** <br> **San Jose, CA 95113** | - | | | | | | 629.71 <br><br> 629.71 | 629.71 <br><br> 0.00 |
| Account No. <br> **Gabriel Rosales** <br> **980 College Dr., Apt. 3** <br> **San Jose, CA 95128** | - | | | | | | 838.38 <br><br> 838.38 | 838.38 <br><br> 0.00 |
| Account No. <br> **Genoveva Carmona** <br> **1127 Appian Ln., Apt. D** <br> **San Jose, CA 95116** | - | | | | | | 586.34 <br><br> 586.34 | 586.34 <br><br> 0.00 |

Sheet __6__ of __23__ continuation sheets attached to          Subtotal          3,695.11
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)    3,695.11          0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kimomex Markets, Inc.** ,          Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Gildardo Zamundio** <br> **3256 Vernice Ave.** <br> **San Jose, CA 95127** | - | | | | | | 2,195.26 <br><br> 2,195.26 | 2,195.26 <br><br> 0.00 |
| Account No. <br><br> **Graciela Cisneros Reyes** <br> **3140 Rocky Mt. Dr.** <br> **San Jose, CA 95127** | - | | | | | | 381.61 <br><br> 381.61 | 381.61 <br><br> 0.00 |
| Account No. <br><br> **Graciela Montiel** <br> **1501 Almaden Expy., Apt. 1107** <br> **San Jose, CA 95125** | - | | | | | | 524.53 <br><br> 524.53 | 524.53 <br><br> 0.00 |
| Account No. <br><br> **Guadalupe Perez** <br> **1416 Dubert Ln., Apt. 3** <br> **San Jose, CA 95122** | - | | | | | | 845.96 <br><br> 845.96 | 845.96 <br><br> 0.00 |
| Account No. <br><br> **Guadalupe Villanueva** <br> **92 N. 6th Street, Apt. 1** <br> **San Jose, CA 95112** | - | | | | | | 544.55 <br><br> 544.55 | 544.55 <br><br> 0.00 |

Sheet **7** of **23** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)       4,491.91

4,491.91

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kimomex Markets, Inc.**, Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Gustavo Magana 5156 Harvest States San Jose, CA 95135 | - | | | | | | | 480.00 |
| | | | | | | | 480.00 | 0.00 |
| Account No. | | | | | | | | |
| Helidia Heredia 1307 Farringdon Dr. San Jose, CA 95127 | - | | | | | | | 817.55 |
| | | | | | | | 817.55 | 0.00 |
| Account No. | | | | | | | | |
| Heriberto Rodriguez 666 Bernal Ave., Apt. 9 Sunnyvale, CA 94085 | - | | | | | | | 666.95 |
| | | | | | | | 666.95 | 0.00 |
| Account No. | | | | | | | | |
| Hermelando Ambriz 2627 Kolmar San Jose, CA 95127 | - | | | | | | | 512.58 |
| | | | | | | | 512.58 | 0.00 |
| Account No. | | | | | | | | |
| Humberto Hernandez 3412 Rubion Dr. San Jose, CA 95148 | - | | | | | | | 1,094.34 |
| | | | | | | | 1,094.34 | 0.00 |

Sheet __8__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 3,571.42 | |
|---|---|---|---|
| | (Total of this page) | 3,571.42 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kimomex Markets, Inc.** ,                    Case No. _____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Humberto Villareal 1822 Petaluma Court Milpitas, CA 95035 | - | | | | | | 158.70 | 158.70 |
| | | | | | | | 158.70 | 0.00 |
| Account No. | | | | | | | | |
| Idalia Morales 900 Golden Wheel Park Dr., Spc. 205 San Jose, CA 95112 | - | | | | | | 1,035.16 | 1,035.16 |
| | | | | | | | 1,035.16 | 0.00 |
| Account No. | | | | | | | | |
| Irma Martinez 1126 Arthur Place San Jose, CA 95127 | - | | | | | | 1,390.14 | 1,390.14 |
| | | | | | | | 1,390.14 | 0.00 |
| Account No. | | | | | | | | |
| Isaias Urdiano 1997 Lochness Way San Jose, CA 95121 | - | | | | | | 1,318.56 | 1,318.56 |
| | | | | | | | 1,318.56 | 0.00 |
| Account No. | | | | | | | | |
| Itzamar Navarro 1526 Orlando Dr. San Jose, CA 95122 | - | | | | | | 353.64 | 353.64 |
| | | | | | | | 353.64 | 0.00 |

Sheet __9__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          4,256.20

4,256.20          0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kimomex Markets, Inc.** ,     Case No. _____

                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Javier Alfaro 350 McArthur Ave. San Jose, CA 95128 | - | | | | | | 1,184.01 | 1,184.01 | 0.00 |
| Account No. | | | | | | | | | |
| Jesus Gonzalez 877 Willow St., Apt. 104 San Jose, CA 95125 | - | | | | | | 1,159.22 | 1,159.22 | 0.00 |
| Account No. | | | | | | | | | |
| Jicela Hernandez Castro 1114 Appian Lane, Apt. B San Jose, CA 95116 | - | | | | | | 833.92 | 833.92 | 0.00 |
| Account No. | | | | | | | | | |
| Jocelin Tehandon 4210 Monterey Hwy, Spc. 66 San Jose, CA 95111 | - | | | | | | 509.00 | 509.00 | 0.00 |
| Account No. | | | | | | | | | |
| Jose De Jesus Torres 1323 Crucero Dr., Apt. 1 San Jose, CA 95122 | - | | | | | | 613.92 | 613.92 | 0.00 |

Sheet **10** of **23** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)     4,300.07     4,300.07     0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kimomex Markets, Inc.** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Jose Minera 1639 Pardal Way San Jose, CA 95127 | - | | | | | | 952.01 / 952.01 | 952.01 / 0.00 |
| Account No. | | | | | | | | |
| Jose Paredes | - | | | | | | 0.00 / 96.90 | 0.00 / 96.90 |
| Account No. | | | | | | | | |
| Jose Sanchez 135 Graham San Jose, CA 95110 | - | | | | | | 524.96 / 524.96 | 524.96 / 0.00 |
| Account No. | | | | | | | | |
| Juan Daniel Arragon 1699 Christopher San Jose, CA 95122 | - | | | | | | 780.28 / 780.28 | 780.28 / 0.00 |
| Account No. | | | | | | | | |
| Juan M. Sanchez 2686 Paccini Ave. San Jose, CA 95122 | - | | | | | | 860.66 / 860.66 | 860.66 / 0.00 |

Sheet __11__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| Subtotal | 3,117.91 |
| 3,214.81 | 96.90 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kimomex Markets, Inc.**                                                      Case No. _____
                                          ,
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Juan Matia Bermeo 876 Vintage Way San Jose, CA 95122 | | - | | | | | 315.61 | 315.61 |
| | | | | | | | 315.61 | 0.00 |
| Account No. | | | | | | | | |
| Julio Cesar Mata 730 Blossom Way San Francisco, CA 94141 | | - | | | | | 562.14 | 562.14 |
| | | | | | | | 562.14 | 0.00 |
| Account No. | | | | | | | | |
| Juvencia Amaya 256 S. Capitol Ave. San Jose, CA 95127 | | - | | | | | 623.89 | 623.89 |
| | | | | | | | 623.89 | 0.00 |
| Account No. | | | | | | | | |
| Kenia P. Salazar 170 N. 34th Street San Jose, CA 95116 | | - | | | | | 560.84 | 560.84 |
| | | | | | | | 560.84 | 0.00 |
| Account No. | | | | | | | | |
| Lawrence Alvarado 2070 Radio Ave., Apt. 10 San Jose, CA 95125 | | - | | | | | 1,014.76 | 1,014.76 |
| | | | | | | | 1,014.76 | 0.00 |

Sheet __12__ of __23__ continuation sheets attached to                    Subtotal                      3,077.24
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)    3,077.24      0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kimomex Markets, Inc.** , Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Leticia Pimentel 3105 Dakan Court, Apt. 4 San Jose, CA 95136 | - | | | | | | 551.13 | 551.13 | 0.00 |
| Account No. | | | | | | | | | |
| Lizbeth Gomez 1930 Almaden Rd., #138 San Jose, CA 95125 | - | | | | | | 359.64 | 359.64 | 0.00 |
| Account No. | | | | | | | | | |
| Lorena Pena 2220 Galveston Ave. San Jose, CA 95122 | - | | | | | | 478.96 | 478.96 | 0.00 |
| Account No. | | | | | | | | | |
| Lucila Villagomez 289 McCreery Ave. San Jose, CA 95116 | - | | | | | | 727.61 | 727.61 | 0.00 |
| Account No. | | | | | | | | | |
| Luis Antonio Mata Campos 570 S. Rengstorff Ave. Mountain View, CA 94040 | - | | | | | | 528.21 | 528.21 | 0.00 |

Sheet __13__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page) 2,645.55 | 2,645.55 | 0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kimomex Markets, Inc.** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Manuel Salazar 459 Willow St. San Jose, CA 95110 | - | | | | | | 1,152.11 | | |
| | | | | | | | 1,152.11 | | 0.00 |
| Account No. | | | | | | | | | |
| Marco Reyes 859 Padora Court Gilroy, CA 95020 | - | | | | | | 3,106.45 | | |
| | | | | | | | 3,106.45 | | 0.00 |
| Account No. | | | | | | | | | |
| Marcos Guzman 1323 Crusero Dr., Apt. 1 San Jose, CA 95122 | - | | | | | | 2,145.00 | | |
| | | | | | | | 2,145.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Margarita Torres 1705 View Dr. Milpitas, CA 95035 | - | | | | | | 179.58 | | |
| | | | | | | | 179.58 | | 0.00 |
| Account No. | | | | | | | | | |
| Maria Contreras 1372 Park Pleasant Cir. San Jose, CA 95127 | - | | | | | | 616.42 | | |
| | | | | | | | 616.42 | | 0.00 |

Sheet __14__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 7,199.56 | |
| 7,199.56 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kimomex Markets, Inc.** ,          Case No. _____

                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Maria Del Rosario Velazquez 3414 Mt. Prieta Dr. San Jose, CA 95127 | - | | | | | | 733.55 | 733.55 |
| | | | | | | | 733.55 | 0.00 |
| Account No. | | | | | | | | |
| Maria Diaz 11880 Francis Dr., Apt. 3 San Jose, CA 95133 | - | | | | | | 1,131.19 | 1,131.19 |
| | | | | | | | 1,131.19 | 0.00 |
| Account No. | | | | | | | | |
| Maria Maximiana Pulido 3256 San Rivas Dr. San Jose, CA 95148 | - | | | | | | 274.30 | 274.30 |
| | | | | | | | 274.30 | 0.00 |
| Account No. | | | | | | | | |
| Maria Ochoa 611 San Luisito, Apt. 9 Sunnyvale, CA 94085 | - | | | | | | 778.37 | 778.37 |
| | | | | | | | 778.37 | 0.00 |
| Account No. | | | | | | | | |
| Maricela Vasquez 2441 Clyde Dr. San Jose, CA 95116 | - | | | | | | 596.50 | 596.50 |
| | | | | | | | 596.50 | 0.00 |

Sheet **15** of **23** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 3,513.91 |
| 3,513.91 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kimomex Markets, Inc.**                                                    ,     Case No. _____
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Marissa Garcia 831 Lawrence Dr. Gilroy, CA 95020 | - | | | | | | 5,303.47 | 5,303.47 |
| | | | | | | | 5,303.47 | 0.00 |
| Account No. Martin Felipe Vega 1050 S. 12th St., Apt. 113 San Jose, CA 95112 | - | | | | | | 677.67 | 677.67 |
| | | | | | | | 677.67 | 0.00 |
| Account No. Michael Colinz Alcoreza 1895 Terilyn Ave. San Jose, CA 95122 | - | | | | | | 584.51 | 584.51 |
| | | | | | | | 584.51 | 0.00 |
| Account No. Miguel Ramirez 24732 Joyce Street Hayward, CA 94544 | - | | | | | | 599.15 | 599.15 |
| | | | | | | | 599.15 | 0.00 |
| Account No. Mireya C. Araujo 1460 Berona Way San Jose, CA 95122 | - | | | | | | 297.32 | 297.32 |
| | | | | | | | 297.32 | 0.00 |

Sheet __16__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 7,462.12 | |
| 7,462.12 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kimomex Markets, Inc.** ,

Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mireya Infante** <br> **1871 Tripoly Ave.** <br> **San Jose, CA 95122** | - | | | | | | 560.99 <br><br> 560.99 | 560.99 | 0.00 |
| Account No. <br><br> **Miriam R. Lopez** <br> **354 North 5th St., Apt. 3** <br> **San Jose, CA 95112** | - | | | | | | 587.60 <br><br> 587.60 | 587.60 | 0.00 |
| Account No. <br><br> **Ninfa Monje** <br> **2820 Rose Ave., Apt. 59** <br> **San Jose, CA 95127** | - | | | | | | 852.00 <br><br> 852.00 | 852.00 | 0.00 |
| Account No. <br><br> **Nora Limon** <br> **526 S. Willard Ave., #7** <br> **San Jose, CA 95126** | - | | | | | | 966.96 <br><br> 966.96 | 966.96 | 0.00 |
| Account No. <br><br> **Oscar Ayala** <br> **555 McLaughlin Ave., #50** <br> **San Jose, CA 95116** | - | | | | | | 623.60 <br><br> 623.60 | 623.60 | 0.00 |

Sheet __17__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 3,591.15 | 3,591.15 |
| | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kimomex Markets, Inc.** ,                    Case No. _____
_____
                         Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Oscar Chavez 580 Independence Dr. San Jose, CA 95111 | - | | | | | | | 964.27 |
| | | | | | | | 964.27 | 0.00 |
| Account No. | | | | | | | | |
| Pedro Torres 466 Southside Dr. San Jose, CA 95111 | - | | | | | | | 687.34 |
| | | | | | | | 687.34 | 0.00 |
| Account No. | | | | | | | | |
| Pedro Zepeda 359 N. 16th Street San Jose, CA 95112 | - | | | | | | | 667.66 |
| | | | | | | | 667.66 | 0.00 |
| Account No. | | | | | | | | |
| Rafael Trujano Pacheco 2629 Othelo Ave. San Jose, CA 95122 | - | | | | | | | 811.45 |
| | | | | | | | 811.45 | 0.00 |
| Account No. | | | | | | | | |
| Raquel De Leon 1658 Terilyn Ave. San Jose, CA 95122 | - | | | | | | | 1,240.27 |
| | | | | | | | 1,240.27 | 0.00 |

Sheet __18__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 4,370.99 |
|---|---|---|
| | | 4,370.99 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kimomex Markets, Inc.** ,  Case No. _____
                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Raul Sanchez** <br> **3148 Modred Dr.** <br> **San Jose, CA 95127** | - | | | | | | 752.16 | 752.16 |
| | | | | | | | **752.16** | **0.00** |
| Account No. <br><br> **Roberto Hernandez** <br> **1710 Orlando Dr.** <br> **San Jose, CA 95122** | - | | | | | | 840.14 | 840.14 |
| | | | | | | | **840.14** | **0.00** |
| Account No. <br><br> **Roberto Verduzco Arzate** <br> **2050 McKee Rd.** <br> **San Jose, CA 95116** | - | | | | | | 2,873.17 | 2,873.17 |
| | | | | | | | **2,873.17** | **0.00** |
| Account No. <br><br> **Rocelia Bernabe** <br> **2245 Lanai Ave., Apt. 150** <br> **San Jose, CA 95122** | - | | | | | | 1,823.76 | 1,823.76 |
| | | | | | | | **1,823.76** | **0.00** |
| Account No. <br><br> **Rosalina Fausto** <br> **563 June Avenue** <br> **San Jose, CA 95122** | - | | | | | | 1,586.13 | 1,586.13 |
| | | | | | | | **1,586.13** | **0.00** |

Sheet __19__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 7,875.36 | |
| **7,875.36** | **0.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com   Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kimomex Markets, Inc.** ,
Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Rufina Hernandez 445 1st St., Apt. 2 San Jose, CA 95112 | | - | | | | | 600.52 / 600.52 | | 600.52 / 0.00 |
| Account No. Sandra Molina 954 Henderson Ave., Space 86 Sunnyvale, CA 94086 | | - | | | | | 638.88 / 638.88 | | 638.88 / 0.00 |
| Account No. Tirso Valderrama 2563 Bambi Ln. San Jose, CA 95117 | | - | | | | | 1,052.91 / 1,052.91 | | 1,052.91 / 0.00 |
| Account No. Venancio C. Cervantes 4347 Hwlad Ave. San Jose, CA 95127 | | - | | | | | 746.37 / 746.37 | | 746.37 / 0.00 |
| Account No. Veronica Naranjo Lopez 3256 San Rivas Dr. San Jose, CA 95148 | | - | | | | | 659.73 / 659.73 | | 659.73 / 0.00 |

Sheet __20__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| Subtotal | 3,698.41 |
|---|---|
| 3,698.41 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Kimomex Markets, Inc.** ,     Case No. _____

_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Victoria Jimenez <br> 4030 Rose Ave. <br> San Jose, CA 95127 | - | | | | | | 961.76 <br><br> 961.76 | | 961.76 <br><br> 0.00 |
| Account No. <br><br> Virginia c. Alvarado <br> 1484 Hurlingham Way <br> San Jose, CA 95127 | - | | | | | | 631.65 <br><br> 631.65 | | 631.65 <br><br> 0.00 |
| Account No. <br><br> Wilbert Cruzaley <br> 594 N. King Rd., Apt. 16 <br> San Jose, CA 95133 | - | | | | | | 775.03 <br><br> 775.03 | | 775.03 <br><br> 0.00 |
| Account No. <br><br> Yolanda Farias <br> 5723 Hillbright Cir. <br> San Jose, CA 95123 | - | | | | | | 657.39 <br><br> 657.39 | | 657.39 <br><br> 0.00 |
| Account No. <br><br> Yolanda Jimenez <br> 921 Palm St. <br> San Jose, CA 95113 | - | | | | | | 796.77 <br><br> 796.77 | | 796.77 <br><br> 0.00 |

Sheet __21__ of __23__ continuation sheets attached to      Subtotal        3,822.60

Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)     3,822.60        0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kimomex Markets, Inc.** , Case No. _____
                                                Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Yolanda Padilla 5714 Via Monte Dr. San Jose, CA 95118 | - | | | | | | | 1,422.54 |
| | | | | | | | 1,422.54 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **22** of **23** continuation sheets attached to | Subtotal | 1,422.54 |
Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | 1,422.54 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kimomex Markets, Inc.**                                                                    Case No. _____
                                                            ,
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | | | |
| California EDD State of California Box 826880 Sacramento, CA 94280 | | - | Other Taxes State Withholding and Payroll Taxes | | | | | 0.00 | |
| | | | | | | | 83,484.00 | | 83,484.00 |
| Account No. **xxxxxxxx-x/xxxx766-1** | | | Various | | | | | | |
| County of Santa Clara 70 West Hedding San Jose San Jose, CA 95110 | | - | Property Tax Property Tax | | | | | 0.00 | |
| | | | | | | | 11,667.56 | | 11,667.56 |
| Account No. **xx-xxx6268** | | | Various | | | | | | |
| IRS Box 105078 Atlanta, GA 30348 | | - | Other Taxes Unpaid Payroll Taxes and Withholdings | | | | | 0.00 | |
| | | | | | | | 217,380.00 | | 217,380.00 |
| Account No. **xxxxxxxx0473** | | | Various | | | | | | |
| State Board of Equalization Box 942879 Sacramento, CA 94279 | | - | Sales Tax Sales Tax Due | | | | | 0.00 | |
| | | | | | | | 240,000.00 | | 240,000.00 |
| Account No. | | | | | | | | | |

Sheet **23** of **23** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 552,531.56 | 552,531.56 |
| Total | 117,892.21 | |
| (Report on Summary of Schedules) | 670,520.67 | 552,628.46 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Kimomex Markets, Inc.** ,  Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Kimomex**<br><br>**800 Middlefield LLC**<br>**50 San Fernando**<br>**San Jose, CA 95113** | | - | | | **Various**<br>**Other Loan Business Continuation** | | | | 22,110.00 |
| Account No.<br><br>**A&P Paper & Plastic Supply, LLC**<br>**537 S. Crescent Ave.**<br>**San Jose, CA 95127** | | | | | **Trade Debt** | | | | 8,046.05 |
| Account No.<br><br>**A.C. Foods**<br>**1117 Montague Expressway** | | - | | | **Trade Debt** | | | | 29,961.80 |
| Account No.<br><br>**Accounting Network, Inc.**<br>**PO Box 225**<br>**Santa Clara, CA 95052** | | - | | | **Trade Debt** | | | | 5,000.00 |

|  |  |
|---|---|
| __34__  continuation sheets attached | Subtotal<br>(Total of this page)   65,117.85 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                           S/N:39873-100329   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimomex Markets, Inc.** ,                          Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade Debt | | | | |
| **Acies Engineering** **111 W. Evelyn Ave., Suite 301** **Sunnyvale, CA 94086** | - | | | | | | | | 1,257.64 |
| Account No. | | | | | Trade Debt | | | | |
| **Acme Security Systems** **1922 Republic Av.** **San Leandro, CA 94577** | - | | | | | | | | 1,524.38 |
| Account No. | | | | | Trade Debt | | | | |
| **Agaves & Tequilas Don Pilar** **101 Industrial Road, #14** **Belmont, CA 94002** | - | | | | | | | | 4,320.00 |
| Account No. | | | | | Trade Debt | | | | |
| **Agroexport Group, LLC** **11801 Pierce Street, 2nd Floor** **Riverside, CA 92505** | - | | | | | | | | 24,550.00 |
| Account No. | | | | | | | | | |
| **Albert T. Lujan** | - | | | | | | | | 10,135.60 |

| | | |
|---|---|---|
| Sheet no. __1__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 41,787.62 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimomex Markets, Inc.** ,                                Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Alejandro's Glass Co. 1876 Cunningham Ave. San Jose, CA 95122 | | - | | | | | | 1,242.66 |
| Account No. | | | | Trade Debt | | | | |
| All-Guard Alarm Systems, Inc. 23194 Kidder Street Hayward, CA 94545 | | - | | | | | | 4,090.18 |
| Account No. | | | | Trade Debt | | | | |
| Allied Waste Services PO Box 4155 Sarasota, FL 34230 | | - | | | | | | 19,863.32 |
| Account No. | | | | Trade Debt | | | | |
| Alvamexx Distributor 386 Gloria Ave. San Jose, CA 95127 | | - | | | | | | 4,783.30 |
| Account No. | | | | Trade Debt | | | | |
| Amazonas Imports, Inc. 10848 Cantara Street Sun Valley, CA 91352 | | - | | | | | | 960.78 |

Sheet no. __2___ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,940.24

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Kimomex Markets, Inc.**_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| American Compactor PO Box 2459 | - | | | | | | 2,920.00 |
| Account No. | | | Trade Debt | | | | |
| Ameripride PO Box 232150 Sacramento, CA 95823 | - | | | | | | 9,135.44 |
| Account No. | | | Trade Debt | | | | |
| Atlas/Pellizzari Electric, Inc. 450 Howland Street Redwood City, CA 94063 | - | | | | | | 13,015.00 |
| Account No. | | | Trade Debt | | | | |
| Award Services 827 N. Rengstorff Ave Mountain View, CA 94043 | - | | | | | | 2,235.27 |
| Account No. | | | Trade Debt | | | | |
| B&R Distributor 870 Commercial Street, Suite B San Jose, CA 95112 | - | | | | | | 14,416.00 |

Sheet no. __3___ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **41,721.71**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimomex Markets, Inc.**                                           ,     Case No. _____
                                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Bakemark** 32621 Central Avenue Union City, CA 94587 | | - | Trade Debt | | | | 48,826.60 |
| Account No. **Ballons Direct 2 U** 740-F East Lambert Road La Habra, CA 90631 | | - | Trade Debt | | | | 863.86 |
| Account No. **Bay Equipment Exchange** 7075 Pyramid Court | | - | Trade Debt | | | | 16,725.00 |
| Account No. **Berkeley Farms, Inc.** 25500 Clawiter Rd. Attn: Gina Crossland | | - | Trade Debt | | | | 68,730.48 |
| Account No. **Berkeley Farms, LLC** c/o David J Cook 165 Fell Street San Francisco, CA 94102 | | | Unknown Other Lawsuit San Francisco Superior Court Case No. CGC 09 494576 | | | | 78,251.75 |

Sheet no. __4__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                213,397.69

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Kimomex Markets, Inc.__ ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Biggs Cardosa Associates, Inc. 1871 The Alameda, Suite 200 | - | | | | | | | 14,927.86 |
| Account No. | | | | Trade Debt | | | | |
| Bimbo Bakeries USA, Inc. File 52176 Los Angeles, CA 90074 | - | | | | | | | 88,222.21 |
| Account No. | | | | Trade Debt | | | | |
| BJE Escobar Produce | - | | | | | | | 5,079.00 |
| Account No. | | | | Trade Debt | | | | |
| Bunzl Northern California File 54124 Los Angeles, CA 90074 | - | | | | | | | 46,466.69 |
| Account No. | | | | Trade Debt | | | | |
| C.K. Trading Co., Inc. 641 Brennan Street San Jose, CA 95131 | - | | | | | | | 10,339.24 |

Sheet no. __5__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            165,035.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kimomex Markets, Inc.** ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| CA Shopping Cart Retrieval Dept. 2650 Los Angeles, CA 90084 | | - | | | | | | 15,419.00 |
| Account No. | | | | Trade Debt | | | | |
| California Cleaning Systems 31 Stewart | | - | | | | | | 20,980.00 |
| Account No. | | | | Trade Debt | | | | |
| California Flavored Nuts PO Box 3007 | | - | | | | | | 2,713.20 |
| Account No. | | | | Trade Debt | | | | |
| Candies Tolteca Co. PO Box 4055 Fresno, CA 93744 | | - | | | | | | 1,218.51 |
| Account No. | | | | Trade Debt | | | | |
| Carbonic Services 1920 De La Cruz Blvd. Santa Clara, CA 95050 | | - | | | | | | 1,235.52 |

Subtotal (Total of this page)  41,566.23

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimomex Markets, Inc.** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Cargill Food Distribution**<br>**Attn: Mary Ann**<br>**1400 N. MacArthur Drive, #6**<br>**Tracy, CA 95376** | - | | | **Trade Debt** | | | | 7,210.12 |
| Account No.<br><br>**Casa Sanchez Foods**<br>**PO Box 12582**<br>**San Francisco, CA 94112** | - | | | **Trade Debt** | | | | 708.20 |
| Account No.<br><br>**CBS Outdoor**<br>**1850 North Central Neward**<br>**Newark, NJ 07188** | - | | | **Trade Debt** | | | | 6,275.00 |
| Account No. **Unknown**<br><br>**CBS Outdoor Inc**<br>**c/o Jonathan M. Levine**<br>**1850 North Central Avenue**<br>**Phoenix, AZ 85004** | - | | | **11/5/09**<br>**Other Lawsuit Superior Court Maricopa**<br>**Arizona Case CV2008-030962** | | | | 25,000.00 |
| Account No.<br><br>**Certified AD Services**<br>**PO Box 12025**<br>**Fresno, CA 93776** | - | | | **Trade Debt** | | | | 1,324.18 |

Sheet no. __**7**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   40,517.50

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kimomex Markets, Inc.** ,                              Case No. _____

_____ Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Chartis** **22427 Network Plazce** | - | | | | | | 87,144.00 |
| Account No. | | | Trade Debt | | | | |
| **Chef Merito** **7915 Sepulveda Blvd** **Van Nuys, CA 91405** | - | | | | | | 4,670.02 |
| Account No. | | | Trade Debt | | | | |
| **Clean Carts Sales & Services, Inc.** **226 S. 24th Street** **San Jose, CA 95116** | - | | | | | | 1,040.36 |
| Account No. | | | Trade Debt | | | | |
| **Clear Channel Broadcasting, Inc.** **Attn: Jackie Alvarenga** **1420 Koll Circle** | - | | | | | | 22,301.00 |
| Account No. | | | Trade Debt | | | | |
| **Coca-Cola Bottling Co.** **PO Box 53158** **Los Angeles, CA 90074** | - | | | | | | 24,435.98 |

Sheet no. __8__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

139,591.36

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimomex Markets, Inc.** , Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Unknown**<br><br>**Commercial Refrigeration Service**<br>**c/o Kenneth Jenner**<br>**3704 Mt. Diablo Blvd**<br>**Lafayette, CA 94549** | - | | | **6/10/10**<br>**Other Lawsuit Santa Clara County Superior Court #110CV160856** | | | | **90,715.74** |
| Account No.<br><br>**Creative Interconnect**<br>**PO Box 656**<br>**San Carlos, CA 94070** | - | | | **Trade Debt** | | | | **20,365.65** |
| Account No. **Wine Warehoude**<br><br>**Creditors Trade**<br>**Stephen Kappos**<br>**3785 Brickway Blvd**<br>**Santa Rosa, CA 95403** | - | | | **2/8/10**<br>**Other Lawsuit San Francisco County Superior Court CGC 10-496734**<br>**Trade Debt** | | | | **5,221.65** |
| Account No. **Unknown**<br><br>**Creditors Trade Association**<br>**Youngs Market**<br>**Stephen Kappos**<br>**3785 Brickway Blvd #210**<br>**Santa Rosa, CA 95403** | - | | | **4/13/10**<br>**Other Lawsuit Motion for Summary Judgement**<br>**Trade Debt** | | | | **17,170.17** |
| Account No.<br><br>**CRS**<br>**3480 Arden Road**<br>**Hayward, CA 94545** | - | | | **Trade Debt** | | | | **104,281.62** |

Sheet no. __9__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**237,754.83**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Kimomex Markets, Inc.__ , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade Debt | | | | |
| Cruz & Associates, Inc. 10201 Trademark Street, Suite 3 Rancho Cucamonga, CA 91730 | - | | | | | | | | 3,423.31 |
| Account No. | | | | | Trade Debt | | | | |
| De Sol Corp. 880 Mitten Road, Suite No. 106 | - | | | | | | | | 32,228.25 |
| Account No. | | | | | Trade Debt | | | | |
| Del Sur Foods PO Box 7425 Long Beach, CA 90807 | - | | | | | | | | 4,290.00 |
| Account No. | | | | | Trade Debt | | | | |
| Dept of Alcohol Beverage | - | | | | | | | | 1,686.00 |
| Account No. | | | | | Trade Debt | | | | |
| Derek's Design, Inc. 2131-A March Road Roseville, CA 95747 | - | | | | | | | | 1,152.94 |

Sheet no. __10__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,780.50

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kimomex Markets, Inc.**                              ,      Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Kimomex** <br><br> **Devcon Construction** <br> **690 Gibraltar Drive** <br> **Milpitas, CA 85035** | - | | | **Various** <br> **Other Loan Construction Loan** | | | | 822,966.00 |
| Account No. <br><br> **Diamond Sharp, Inc.** <br> **513 Mercury Lane** <br> **Brea, CA 92821** | - | | | **Trade Debt** | | | | 2,000.00 |
| Account No. <br><br> **Don Francisco** <br> **PO Box 797** <br> **Riverbank, CA 95367** | - | | | **Trade Debt** | | | | 3,078.19 |
| Account No. <br><br> **El Aguila Magazine** <br> **1668 McKee Road, Suite B** <br> **San Jose, CA 95116** | - | | | **Trade Debt** | | | | 2,510.59 |
| Account No. <br><br> **El Avisador Magazine** <br> **460 W. Taylor Street** <br> **San Jose, CA 95110** | - | | | **Trade Debt** | | | | 14,141.90 |

Sheet no. __11__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

844,696.68

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com       Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimomex Markets, Inc.**                                                                 ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| El Camino Produce | | - | | | | | 2,491.00 |
| Account No. | | | Trade Debt | | | | |
| El Gallio PO Box 277 Rialto, CA 92377 | | - | | | | | 29,362.50 |
| Account No. | | | Trade Debt | | | | |
| El Matador Spices PO Box 277 Rialto, CA 92377 | | - | | | | | 2,850.00 |
| Account No. | | | Trade Debt | | | | |
| El Michoacano Spices PO Box 90122 | | - | | | | | 1,500.00 |
| Account No. | | | Trade Debt | | | | |
| Farmer Brothers File 55172 | | - | | | | | 2,771.23 |

Sheet no. __12__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                     38,974.73

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimomex Markets, Inc.**                                  ,                Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| FedEx PO Box 7221 Pasadena, CA 91109 | - | | | | | | | 1,196.15 |
| Account No. | | | | Trade Debt | | | | |
| Finance Staff 300 Frank H. Ogawa Plaza, Suite 210 Oakland, CA 94612 | - | | | | | | | 59,580.50 |
| Account No. | | | | Trade Debt | | | | |
| FireMaster Dept. 1019 PO Box 121019 | - | | | | | | | 2,914.83 |
| Account No. | | | | Trade Debt | | | | |
| Fisher Printing, Inc. 2257 N. Pacific Street | - | | | | | | | 46,247.55 |
| Account No. | | | | Trade Debt | | | | |
| Foster Farms Dairy 529 Kansas Ave. Modesto, CA 95351 | - | | | | | | | 13,869.65 |

Sheet no. __13__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **123,808.68**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimomex Markets, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Frank-Lin PO Box 49049 San Jose, CA 95161 | | - | | | | | | 2,587.75 |
| Account No. | | | | Trade Debt | | | | |
| Frontline, Inc. 11875 Dublin Blvd., Suite B130 Dublin, CA 94568 | | - | | | | | | 1,790.57 |
| Account No. | | | | Trade Debt | | | | |
| Gary R. Meikle 2185 Stone View Drive Sparks, NV 89436 | | - | | | | | | 4,000.00 |
| Account No. | | | | Trade Debt | | | | |
| Gelimex 2631 Glenview Dr. Hollister, CA 95023 | | - | | | | | | 1,108.07 |
| Account No. | | | | Trade Debt | | | | |
| Glacier Ice 1654 Marthaler Lane West Saint Paul, MN 55110 | | - | | | | | | 14,213.54 |

Sheet no. __14__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 23,699.93

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Kimomex Markets, Inc._____,    Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Grandall Distributing 6073 Mission St Daly City, CA 94014 | - | | | | | | | 1,109.06 |
| Account No. | | | | Trade Debt | | | | |
| Green Waste 1500 Berger Drive San Jose, CA 95112 | - | | | | | | | 1,305.93 |
| Account No. | | | | Trade Debt | | | | |
| Guiebaldo Guerrero | - | | | | | | | 1,701.01 |
| Account No. | | | | Trade Debt | | | | |
| Guilibaldo Guerrero | - | | | | | | | 928.57 |
| Account No. | | | | Trade Debt | | | | |
| Gutierrez Brothers PO Box 730183 San Jose, CA 95173 | - | | | | | | | 2,412.54 |

Sheet no. __15__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    7,457.11

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimomex Markets, Inc.** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Happy Family Discount** <br> **1850 N. Kelly Road** <br> **Napa, CA 94558** | | - | Trade Debt | | | | 3,924.82 |
| Account No. **Unknown** <br><br> **Harvest Meat Company** <br> **c/o Gary S sherman** <br> **21112 Ventura Blvd** <br> **Ventura, CA 91936** | | - | June 15, 2009 <br> Other Lawsuit Superior Court of California, Chula Vista, CA Case #37-2009-00076374-CU-CL-SC | | | | 74,023.13 |
| Account No. <br><br> **Harvest Meat Company, Inc.** <br> **3100 52nd Avenue** <br> **Sacramento, CA 95823** | | - | Trade Debt | | | | 73,699.91 |
| Account No. <br><br> **Helados La Tapatia, Inc.** <br> **1418 "G" Street** <br> **Fresno, CA 93706** | | - | Trade Debt | | | | 3,702.66 |
| Account No. <br><br> **Humana** <br> **PO Box 0884** <br> **Carol Stream, IL 60132** | | - | Trade Debt | | | | 3,576.92 |

Sheet no. __16__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 158,927.44

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimomex Markets, Inc.** _____ ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **ICBMA, Inc.** <br> **2033 Gateway Place, Suite 500** <br> **San Jose, CA 95110** | | - | | **Trade Debt** | | | | 1,750.00 |
| Account No. <br><br> **John Hinde Curteich, Inc.** <br> **431 S. Lombard Street** <br> **Oxnard, CA 93030** | | - | | **Trade Debt** | | | | 1,995.67 |
| Account No. <br><br> **Kaiser Permanente** <br> **PO Box 60000, File no. 73030** <br> **San Francisco, CA 94160** | | - | | **Trade Debt** | | | | 11,921.00 |
| Account No. **Kimomex** <br><br> **KD Web LLC** <br> **50 San Fernando** <br> **San Jose, CA 95113** | | - | | **Various** <br> **Other Loan Business Continuation** | | | | 22,206.00 |
| Account No. <br><br> **KDTV** <br> **50 Fremont Street, 41st Floor** <br> **Attn: A/R** <br> **San Francisco, CA 94105** | | - | | **Trade Debt** | | | | 6,880.75 |

Sheet no. __17__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    44,753.42

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kimomex Markets, Inc.**                                          ,          Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Kimomex**<br><br>**Kimball Small Properties**<br>**50 San Fernando**<br>**San Jose, CA 95113** | - | | | **Various**<br>**Other Loan Business Continuation** | | | | **7,392.00** |
| Account No.<br><br>**Kronos Inc.**<br>**PO Box 845748**<br>**Boston, MA 02284** | - | | | **Trade Debt** | | | | **3,226.88** |
| Account No.<br><br>**KSTS**<br>**PO Box 60000, File 30215**<br>**San Francisco, CA 94160** | - | | | **Trade Debt** | | | | **16,048.00** |
| Account No.<br><br>**La Fiesta Food Products, Inc.**<br>**940 McLaughlin Ave.**<br>**San Jose, CA 95122** | - | | | **Trade Debt** | | | | **9,607.27** |
| Account No.<br><br>**La Michoacana**<br>**2068 Lapham Avd.**<br>**Modesto, CA 95354** | - | | | **Trade Debt** | | | | **8,958.04** |

Sheet no. __18__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **45,232.19**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kimomex Markets, Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | - | Trade Debt | | | | |
| La Parcela Spice 431 Reynolds Circle San Jose, CA 95112 | | | | | | | | 4,188.94 |
| Account No. | | | - | Trade Debt | | | | |
| La Rosa Tortilla Factory 142 Second Street Watsonville, CA 95076 | | | | | | | | 101,598.89 |
| Account No. | | | - | Trade Debt | | | | |
| La Tortilla Factory 3300 Westwind Blvd. Santa Rosa, CA 95403 | | | | | | | | 5,108.54 |
| Account No. | | | - | Trade Debt | | | | |
| Laguna Productions, Inc. 6930 Hayvenhurst Ave. | | | | | | | | 2,785.00 |
| Account No. | | | - | Trade Debt | | | | |
| Laser Printer Technology, Inc. 1765 Scott Blvd., Suite 117 | | | | | | | | 3,608.90 |

Sheet no. __19__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  117,290.27

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Kimomex Markets, Inc.__ ,                        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| LC Business Sytems, Corp. 1061 Tekman Drive San Jose, CA 95122 | - | | | | | | | 3,525.00 |
| Account No. | | | | Trade Debt | | | | |
| Linton Paper & Supply 839 Thornton Street | - | | | | | | | 2,761.46 |
| Account No. | | | | Trade Debt | | | | |
| Loomis PO Box 45534 San Francisco, CA 94145 | - | | | | | | | 11,672.66 |
| Account No. | | | | Trade Debt | | | | |
| Los Altos Food Products, inc. 15130 Nelson Ave. La Puente, CA 91744 | - | | | | | | | 11,173.18 |
| Account No. | | | | Trade Debt | | | | |
| M E Fox File 30981 PO Box 600000 | - | | | | | | | 2,312.43 |

Sheet no. __20__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **31,444.73**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimomex Markets, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Unknown** Mariscos Bahia MARISCOS BAHIA P.O. Box 51 Maywood, CA 9 Maywood, CA 90270 | | - | | | **Various** **Other Lawsuit Summary Judgement** | | | | 57,355.02 |
| Account No. Mariscos Bahia PO Box 51 | | - | | | **Trade Debt** | | | | 46,682.27 |
| Account No. McPharlin Sprinkles & Thomas LLP 10 Ali Ann | | - | | | **Trade Debt** | | | | 1,463.60 |
| Account No. MEPCO, Inc. 4912 W. Jacquelyn Avd. Fresno, CA 93722 | | - | | | **Trade Debt** | | | | 10,214.89 |
| Account No. Mercado Latino, Inc. PO Box 6168 | | - | | | **Trade Debt** | | | | 2,251.73 |

Sheet no. __21__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

117,967.51

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimomex Markets, Inc.** , Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Mercury Payment Systems 10 Burnett Court, Suite 300 Durango, CO 81301 | | - | | | | | | 4,494.33 |
| Account No. | | | | Trade Debt | | | | |
| Metro Wholesale 3170 Provence Place Thousand Oaks, CA 91362 | | - | | | | | | 964.35 |
| Account No. | | | | Trade Debt | | | | |
| Mid Valley Foods, Inc. 3141 Sierra Street Riverbank, CA 95367 | | - | | | | | | 10,017.75 |
| Account No. | | | | Trade Debt | | | | |
| Mission Foods Lock Box 843789 Dallas, TX 75284 | | - | | | | | | 96,356.92 |
| Account No. **Unknown** | | | | 4/2/10 Other Lawsuit Santa Claara County Superior Court #110CV168305 | | | | |
| Misson Foods Fisher Printing c/o Michaela Sozio 1901 Avenue of the Stars, Suite 450 Los Angeles, CA 90067 | | | | | | | | 23,146.92 |

Sheet no. __22__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **134,980.27**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimomex Markets, Inc.** , Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Trade Debt | | | | |
| Monarch Leasing, Inc. 195 N. 30th Street San Jose, CA 95116 | | | | | | | 7,428.18 |
| Account No. | | - | Trade Debt | | | | |
| National Bandsaw Service PO Box 36306 San Jose, CA 95158 | | | | | | | 907.32 |
| Account No. **Unknown** | | - | July 8, 2009 Other Lawsuit San Bernardino District Court #CIVDS 910204 | | | | |
| National Commercial Recovery c/o Glenn Besnyl 705 Diamond Bar #104 Diamond Bar, CA 91765 | | | | | | | 35,152.50 |
| Account No. | | - | Trade Debt | | | | |
| National Sales Corp. 6250 S. Boyle Avenue Los Angeles, CA 90058 | | | | | | | 2,757.72 |
| Account No. | | - | Trade Debt | | | | |
| Nuestro Queso 1 Light Sky, Suite 100 | | | | | | | 1,325.04 |

Sheet no. __23__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 47,570.76

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Kimomex Markets, Inc.__ ,                    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **Kimomex**<br><br>**Oakmead Sign**<br>**50 San Fernando**<br>**San Jose, CA 95113** | | - | | | **Various**<br>**Other Loan Business Continuation** | | | | 10,542.00 |
| Account No.<br><br>**Ocean Label**<br>**PO Box 1103**<br>**Pleasanton, CA 94566** | | - | | | **Trade Debt** | | | | 1,597.20 |
| Account No.<br><br>**Office Depot**<br>**2926 Aborn Square**<br>**San Jose, CA 95121** | | - | | | **Trade Debt** | | | | 1,487.64 |
| Account No.<br><br>**Olivera  Eggs**<br>**PO Box 32126**<br>**San Jose, CA 95152** | | - | | | **Trade Debt** | | | | 20,301.77 |
| Account No.<br><br>**Pacific Edge Wine & Spirits**<br>**29399 Agoura** | | - | | | **Trade Debt** | | | | 1,081.00 |

Sheet no. __24__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    35,009.61

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimomex Markets, Inc.** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| Pacific Enerpower PO Box 2901 San Ramon, CA 94583 | | - | | | | | 4,656.00 |
| Account No. | | | Trade Debt | | | | |
| Pacific Fresh Sea Food PO Box 842757 Boston, MA 02284 | | - | | | | | 1,082.60 |
| Account No. | | | Trade Debt | | | | |
| Pacific Meat Co. PO Box 1049 | | - | | | | | 41,090.03 |
| Account No. | | | Trade Debt | | | | |
| Pacific Periodicals, LLC 4635 Shelia St. Los Angeles, CA 90040 | | - | | | | | 25,179.59 |
| Account No. | | | Trade Debt | | | | |
| PBI Market Equipment, Inc. PO Box 6097 Long Beach, CA 90806 | | - | | | | | 4,985.14 |

Sheet no. __25__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **76,993.36**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimomex Markets, Inc.**                                      , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Unknown**<br><br>**Pepsi Bottling Group**<br>**c/0 Alan L Brodkin & Associates**<br>**15500 B Rockfield Blvd.**<br>**Irvine, CA 92618** | | - | | | **6/24/09**<br>**Other Lawsuit Santa Clara Superior Court**<br>**#109CV145650** | | | | **31,104.53** |
| Account No.<br><br>**Pepsi Cola Company**<br>**PO Box 75948**<br>**Chicago, IL 60675** | | - | | | **Trade Debt** | | | | **14,570.30** |
| Account No.<br><br>**Perez Distributing Fresno, Inc.**<br>**PO Box 579**<br>**Sanger, CA 93657** | | - | | | **Trade Debt** | | | | **8,914.17** |
| Account No.<br><br>**Peterson Technical Services**<br>**PO Box 1043**<br>**San Mateo, CA 94403** | | - | | | **Trade Debt** | | | | **749.68** |
| Account No.<br><br>**PG&E**<br>**PO Box 997300** | | - | | | **Trade Debt** | | | | **14,198.86** |

Sheet no. __26__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **69,537.54**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Kimomex Markets, Inc.__ ,    Case No. _____

(space) Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| PG&E PO Box 997300 Sacramento, CA 95899 | - | | | | | | | 22,498.94 |
| Account No. | | | | Trade Debt | | | | |
| Producer Diary PO Box 1231 Fresno, CA 93715 | - | | | | | | | 6,059.34 |
| Account No. | | | | Trade Debt | | | | |
| Quality King Dist., Inc. 201 Comac Street Ronkonkoma, NY 11779 | - | | | | | | | 3,666.82 |
| Account No. | | | | Trade Debt | | | | |
| Raul Maintenance 207 Hopkings Ave. Redwood City, CA 94063 | - | | | | | | | 857.30 |
| Account No. | | | | Trade Debt | | | | |
| Reynaldos Dept. 8160 Los Angeles, CA 90084 | - | | | | | | | 5,700.89 |

Sheet no. __27__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    38,783.29

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimomex Markets, Inc.** ,                    Case No. _____

                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Roberto Bracamones <br> 6143 Winnebago Ct. <br> San Jose, CA 95123 | - | | Trade Debt | | | | 3,430.00 |
| Account No. <br><br> Ropers Majesky Kohn & Bentley <br> 1001 Marshall Street <br> Redwood City, CA 94063 | - | | Trade Debt | | | | 2,540.77 |
| Account No. <br><br> Roto Rooter Sewer Service <br> 356 Matthew St. <br> Santa Clara, CA 95050 | - | | Trade Debt | | | | 1,394.75 |
| Account No. **Kimomex** <br><br> San Jose Investors <br> c/o Thomas Caudill <br> 1025 N Fourth St <br> San Jose, CA 95112 | - | | 3/8/10 <br> Statutory Lien Santa Clara County Sheriffs Office Levy | | | | 32,511.54 |
| Account No. <br><br> San Jose Investors, LLC <br> PO Box 82551 <br> Goleta, CA 93118 | - | | Trade Debt | | | | 26,780.25 |

Sheet no. __28__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)           66,657.31

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimomex Markets, Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **San Jose Water Company** <br> **110 W. Taylor** | | - | | **Trade Debt** | | | | 5,496.97 |
| Account No. <br><br> **San Juanita Tortilla** <br> **261 Rianda Street** <br> **Salinas, CA 93901** | | - | | **Trade Debt** | | | | 9,907.06 |
| Account No. **Unknown** <br><br> **Sandoval** <br> **San Jose, CA 95113** | | - | | **Unknown** <br> **Other Lawsuit Labor Commission #12-766789** | | | | 1.00 |
| Account No. **Kimomex** <br><br> **SFC Associates VI** <br> **50 San Fernando** <br> **San Jose, CA 95113** | | - | | **Various** <br> **Other Loan Business Continuation** | | | | 83,188.00 |
| Account No. **Kimomex** <br><br> **SFC Block 4 Associates** <br> **50 San Fernando** <br> **San Jose, CA 95113** | | - | | **Various** <br> **Other Loan Business Continuation** | | | | 203,116.00 |

Sheet no. __29__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  301,709.03

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimomex Markets, Inc.** ,                     Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| Shasta Produce PO Box 2328 South San Francisco, CA 94083 | - | | | | | | 1,811.60 |
| Account No. | | | Trade Debt | | | | |
| Shoes for Crews, LLC File Lockbox 51151 | - | | | | | | 910.14 |
| Account No. | | | Trade Debt | | | | |
| Simpson Garrity Innes & Jacuzzi 601 Gateway Blvd., Suite 950 | - | | | | | | 3,210.93 |
| Account No. | | | Trade Debt | | | | |
| Sutti Associates 700 Airport  Blvd., #110 Burlingame, CA 94010 | - | | | | | | 7,942.00 |
| Account No. | | | Trade Debt | | | | |
| The Bargain Bank 1541 Polk Street San Francisco, CA 94109 | - | | | | | | 1,120.00 |

Sheet no. __30__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,994.67

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimomex Markets, Inc.**      ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>The Bridge Graphics<br>360 Guerrero Street, Apt. 217<br>San Francisco, CA 94103 | | - | Trade Debt | | | | 2,100.00 |
| Account No. <br><br>Theresa Hernandez | | - | Trade Debt | | | | 1,628.10 |
| Account No. <br><br>Tingley Piontkowski, LLP<br>10 Almaden Blvd. | | - | Legal Fees | | | | 102,713.57 |
| Account No. <br><br>Tonali Imports<br>PO Box 71<br>Yorba Linda, CA 92885 | | - | Trade Debt | | | | 2,189.10 |
| Account No. <br><br>Traditional Import<br>PO Box 3248<br>Anaheim, CA 92803 | | - | Trade Debt | | | | 8,018.30 |

Sheet no. _31_ of _34_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **116,649.07**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kimomex Markets, Inc.**                                          ,     Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Trap Recyclers, Inc. One Work Circle | - | | | | | | | 3,450.00 |
| Account No. | | | | Trade Debt | | | | |
| Travelers Hartford, CT 06183 | - | | | | | | | 19,852.60 |
| Account No. | | | | Trade Debt | | | | |
| Uniti Courier Service, Inc. 3231 Fletcher Drive Los Angeles, CA 90065 | - | | | | | | | 3,495.47 |
| Account No. | | | | Trade Debt | | | | |
| Univision Radio 750 Battery Street, Suite 200 San Francisco, CA 94111 | - | | | | | | | 13,901.00 |
| Account No. | | | | Trade Debt | | | | |
| US Healthworks PO Box 50042 Los Angeles, CA 90074 | - | | | | | | | 5,145.00 |

Sheet no. __32__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **45,844.07**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

All information provided is subject to the limitations set forth in the addendum to the signature below

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimomex Markets, Inc.**, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| Valassis Direct Mail, Inc. File 70179 | | - | | | | | 25,783.92 |
| Account No. | | | Trade Debt | | | | |
| Valley Store Fixtures 1861 Grogan Ave. Merced, CA 95340 | | - | | | | | 3,933.81 |
| Account No. | | | Trade Debt | | | | |
| Vencore Solutions, LLC PO Box 389674 Seattle, WA 98138 | | - | | | | | 14,597.84 |
| Account No. | | | Trade Debt | | | | |
| Walzberg Advertising, Inc. PO Box 487 Arroyo Grande, CA 93421 | | - | | | | | 885.23 |
| Account No. | | | Trade Debt | | | | |
| Watsonville Coast Produce, Inc. 275 Ker | | - | | | | | 27,298.33 |

Sheet no. __33__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 72,499.13

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimomex Markets, Inc.** , Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade Debt | | | | |
| Wine Warehouse PO Box 45616 San Francisco, CA 94145 | | - | | | | | | | 4,379.21 |
| Account No. | | | | | Trade Debt | | | | |
| Wonder Ice Cream PO Box 304 Newark, CA 94560 | | - | | | | | | | 4,856.52 |
| Account No. | | | | | Trade Debt | | | | |
| Yes Wholesale PO Box 855 Alameda, CA 94501 | | - | | | | | | | 7,587.50 |
| Account No. | | | | | Trade Debt | | | | |
| Yosemite Meat Co. PO Box 580008 Modesto, CA 95358 | | - | | | | | | | 6,730.28 |
| Account No. | | | | | Trade Debt | | | | |
| Young's Market Co. PO Box 30145 Los Angeles, CA 90030 | | - | | | | | | | 14,710.48 |

Sheet no. __34__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 38,263.99

Total (Report on Summary of Schedules) | 3,673,955.32

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Kimomex Markets, Inc.**                   ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Albert T. Lujan**<br>**250 Virgina**<br>**San Jose, CA 95113** | **Employment Contract signed 11/2006 expires Open Employment Contract** |
| **Dell Financial Services**<br>**One Dell Way**<br>**Round Rock, TX 78682** | **Lessee on Lease 003-008771367-001 signed 1/25/08 expires 1/25/2011 Lease is for nonresidential real property Equipment Lease** |
| **Kimomex Santa Clara, LLC**<br>**50 San Fernando**<br>**San Jose, CA 95113** | **Lessee on Lease Kimomex signed January 2006 expires January 2033 Lease is for nonresidential real property Santa Clara Street Store Lease** |
| **Kimomex White, LLC**<br>**50 San Fernando**<br>**San Jose, CA 95113** | **Lessee on Lease White Road signed 2/2/06 expires 2/2/2026 Lease is for nonresidential real property Lease for the White Road store** |
| **Vencore Leasing**<br>**4500 SW Kruse Way Suite 350**<br>**Lake Oswego, OR 97035** | **Lessee on Lease Master Lease 6702 Schedules 01 signed 12/12/2006 expires Various Equipment Operating Lease** |

**0**

___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re __Kimomex Markets, Inc._____,    Case No. _____
                              Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**    continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

All information provided is subject to the limitations set forth in the addendum to the signature below

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **Kimomex Markets, Inc.**          Case No. _____

Debtor(s)      Chapter    **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Director of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **70**  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 9, 2010**          Signature   **/s/ Peter Mehrberg** *
                                          **Peter Mehrberg**
                                          **Director**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

### ADDENDUM

*The above-signed does not have personal knowledge of the information disclosed in these Schedules and Statement of Affairs but has relied upon information provided by Albert T. Lujan, the former CEO of the Debtor. The undersigned cannot vouch for the accuracy of the information disclosed and has executed these Schedules and Statement of Affairs solely as an accommodation to assist in the liquidation of the Debtor under Chapter 7.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of California

In re   **Kimomex Markets, Inc.**

_____   Case No. _____

Debtor(s)                              Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

_DEFINITIONS_

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None  ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **Unknown** |
| Unknown | |

---

**2. Income other than from employment or operation of business**

None  ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

All information provided is subject to the limitations set forth in the addendum to the signature below

**3. Payments to creditors**

*None*

*Complete a. or b., as appropriate, and c.*

Unknown a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐
Unknown

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Unknown** | | **$0.00** | **$0.00** |

None
☐
Unknown

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Unknown** | | **$0.00** | **$0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **See attached Exhibit A** | | | |

None
Unknown

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Case: 10-58613   Doc# 1   Filed: 08/19/10   Entered: 08/19/10 15:49:52   Page 76 of 125

All information provided is subject to the limitations set forth in the addendum to the signature below

3

**5. Repossessions, foreclosures and returns**



None

Unknown

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**



None

Unknown

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None

Unknown

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Manasian & Rougeau LLP 400 Montgomery Street, Suite 1000 San Francisco, CA 94104 | 6/2/10 | 10,299.00 (Retainer and filing fee) |

**10. Other transfers**

None ☑    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ☑    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Wells Fargo**<br>**Box 6996**<br>**Portland, OR 97228** | **Checking 0173**<br>**Final Balance: 0.00** | **0.00**<br>**2/28/10** |
| **Wells Fargo Bank**<br>**Box 6995**<br>**Portland, OR 97228** | **Checking 0165**<br>**Final Balance: 0.00** | **0.00**<br>**2/28/10** |

**12. Safe deposit boxes**

None ☑    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ☑    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ☑    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| PO Box 641297<br>San Jose CA 95164-0000 | Mercado Suvianda | |
| 1640 Berryessa Road<br>San Jose CA 95133-0000 | Mercados Suvianda | |
| 2085 Zanker Road<br>San Jose CA 95131-0000 | Mercado Suvianda | |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18 . Nature, location and name of business

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Jeff Gaddy ,**    Michael Wallis | |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Unknown** | | |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Albert T. Lujan** | |

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

Case: 10-58613    Doc# 1    Filed: 08/19/10    Entered: 08/19/10 15:49:52    Page 80 of 125

All information provided is subject to the limitations set forth in the addendum to the signature below

NAME AND ADDRESS
**Unknown**

DATE ISSUED

---

### 20. Inventories

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

Unknown

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

Unknown

DATE OF INVENTORY

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None □
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|---|
| Jess Brandl * | Director | None | *employees of the Managing |
| David Rosen * | Director | None | Member of Pacific Community |
| | | | Ventures Investment Partners I |
| Peter Mehrberg * | Director | None | & II, which are stockholders |
| Yolanda Ruiz * | Director | None | in the Debtor |

See Exhibit "B" for list of all stockholders

---

### 22 . Former partners, officers, directors and shareholders

None ■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None □
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Albert T. Lujan | Board Member and Chief Executive Officer | May 10, 2010 (as Board Member); May 25, 2010 (as Officer) |
| David Small | Board Member | April 27, 2010 |
| Eduardo Rallo | Board Member | October 9, 2009 |

All information provided is subject to the limitations set forth in the addendum to the signature below

**23 . Withdrawals from a partnership or distributions by a corporation**

None

Unknown

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **August 9, 2010**          Signature **/s/ Peter Mehrberg** *
                                             **Peter Mehrberg**
                                             **Director**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

### ADDENDUM

\* The above-signed does not have personal knowledge of the information disclosed in these Schedules and Statement of Affairs but has relied upon information provided by Albert T. Lujan, the former CEO of the Debtor. The undersigned cannot vouch for the accuracy of the information disclosed and has executed these Schedules and Statement of Affairs solely as an accommodation to assist in the liquidation of the Debtor under Chapter 7.

**Exhibit A**

Creditors Trade Association, Inc., dba Great Western Collection Bureau vs. Kimomex Market, Inc., et al.,
San Francisco Superior Court Case No. CGC-10-496734

Berkeley Farms, LLC vs. Kimomex Marets, Inc., et al.,
San Francisco Superior Court Case No. CGC-09-494576

San Jose Investors, LLC vs. Kimomex Markets, Inc.,
Santa Clara Superior Court Case No. 1-09-145589

Creditors Trade Associations, Inc. Vs. Kimomex Markets, Inc.,
Santa Clara Superior Court Case No. 1-09-CV-139818

Chongs vs. Kimomex Markets, Inc.,
Case No. 5:09 CV 00534 JF

Creditors Trade Association, Inc. Vs. Kimomex Markets, Inc.,
San Francisco Superior Court Case No. CGC-10-496734

Commercial Refrigeration Specialists, Inc. Vs. Kimomex Markets, Inc.,
Santa Clara Superior Court Case No. 110CV160856

National Commercial Recovery, Inc. vs. Kimomex Markets, Inc.,
San Bernardino Superior Court Case No. CIVDS 910204

Mariscos Bahia vs. Kimomex Markets, Inc., et al.,
Los Angeles Superior Court Case No. BC415260

Maria del Carmen Romero Reyes – Labor wage claim

Magdalena Perez - Labor wage claim

Teresa Hernandez – Labor wage claim

Exhibit B

| Kimomex Markets, Inc. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Stock Ledger | | | | | | | | | |
| | | | | | | | | | |
| | Common | | Series A | | | Series B | | TOTAL | % of TOTAL |
| | Certificate # | Shares | Certificate # | Date | Shares | Certificate # | Shares | | |
| **Voided Certificate** | 10 | | | | | | | | |
| **Voided Certificate** | 11 | | | | | | | | |
| **Voided Certificate** | 12 | | | | | | | | |
| | | | | | | | | | |
| Kimball Small, Trustee of the Small 1988 | 1 | 50,000 | 3 | 11/19/2006 | 30,500 | | | 80,500 | **9.7%** |
| Living Trust, dated January 8, 1988, as amended | 5 | 4,067 | | | | | | 4,067 | **0.5%** |
| 50 West San Fernando Street | | | | | | | | | |
| Suite 320 | | | | | | | | | |
| San Jose, CA  95113 | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| David Small, Trustee of the Small 1998 | 2 | 50,000 | | | | | | 50,000 | **6.0%** |
| | | | | | | | | | |
| Living Trust, dated October 15, 1998 | | | | | | | | | |
| 50 West San Fernando Street | | | | | | | | | |
| Suite 320 | | | | | | | | | |
| San Jose, CA  95113 | | | | | | | | | |
| | | | | | | | | | |
| Albert T. Lujan | 8 | 2,873 | 6 | 11/19/2006 | 21,550 | | | 24,423 | **2.93%** |
| 1011 Autumn Trail Way | 13 | 8,800 | | | | | | 8,800 | **1.06%** |
| El Dorado Hills, CA  95762 | 17 | 4,400 | | | | | | 4,400 | **0.53%** |
| | 19 | 4,400 | | | | | | 4,400 | **0.53%** |
| | | | | | | | | | |
| | | | | | | | | | |
| L & J Cohen, Inc. | 6 | 12,222 | 4 | 11/19/2006 | 91,667 | | | 103,889 | **12.5%** |
| c/o Jay A. Cohen | | | | | | | | | |
| Cohen Capital Management, Inc. | | | | | | | | | |
| 21 Tamal Vista Blvd., Suite 245 | | | | | | | | | |
| Corte Madera, CA  94925 | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Jay A. Cohen and Laura Cox Trustee of | 7 | 2,222 | 5 | 11/19/2006 | 16,667 | | | 18,889 | **2.3%** |
| | | | | | | | | | |
| The Cohen/Cox Family Trust 2000 | | | | | | | | | |
| c/o Jay A. Cohen | | | | | | | | | |
| Cohen Capital Management, Inc. | | | | | | | | | |

Exhibit B

| | Common | | Series A | | | | Series B | | TOTAL | % of TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | Certificate # | Shares | Certificate # | Date | Shares | | Certificate # | Shares | | |
| 21 Tamal Vista Blvd., Suite 245 | | | | | | | | | | |
| Corte Madera, CA 94925 | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Gregory A. Fowler, Trustee of the | 16 | 5,555 | 9 | 7/31/2007 | 41,666 | | | | 47,221 | **5.7%** |
| Gregory A. Fowler Living Trust | | | | | | | | | | |
| 410 Palm Avenue #B15 | | | | | | | | | | |
| Carpinteria, CA 93013 | | | | | | | | | | |
| | | | | | | | | | | |
| Pacific Community Ventures | | | | | | | | | | |
| Investments Partners I, LLC | 3 | 8,333 | 1 | 11/19/2006 | 62,500 | | | | 70,833 | **8.5%** |
| 51 Federal Street #402 | | | | | | | | | | |
| San Francisco, CA 94107 | | | | | | | | | | |
| | | | | | | | | | | |
| Pacific Community Ventures | | | | | | | | | | |
| Investments Partners II, LLC | 4 | 30,510 | 2 | 11/19/2006 | 187,500 | | | | 218,010 | **26.2%** |
| 51 Federal Street #402 | 15 | 5,511 | 8 | 7/31/2007 | 41,333 | | | | 46,844 | **5.6%** |
| San Francisco, CA 94107 | | | | | | | | | | |
| | | | | | | | | | | |
| Pacific Community Ventures | | | | | | | | | | |
| Investments Partners II, LLC | | | 21 | 9/30/2008 | 66,667 | | | | 66,667 | **8.0%** |
| 51 Federal Street #402 | | | | | | | | | | |
| San Francisco, CA 94107 | | | | | | | | | | |
| | | | | | | | | | | |
| City of San Jose | | | | | | | 1 | 83,666 | 83,666 | **10.0%** |
| | | | | | | | | | | |
| Office of Economic Development | | | | | | | | | | |
| 200 E, Santa Clara St | | | | | | | | | | |
| San Jose, CA 95113 | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **TOTAL:** | | **188,893** | | | **560,050** | | | **83,666** | **832,609** | **100.0%** |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **Abandoned Shares** | | **10,643** | | | **11,784** | | | | | |

# United States Bankruptcy Court
## Northern District of California

In re   **Kimomex Markets, Inc.**          Case No. _____

                     Debtor(s)          Chapter   **7** _____

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.      The undersigned is the attorney for the debtor(s) in this case.

2.      The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   - a)     For legal services rendered or to be rendered in contemplation of and in connection with this case       $     **0.00**
   - b)     Prior to the filing of this statement, debtor(s) have paid       $     **0.00**
   - c)     The unpaid balance due and payable is       $     **0.00**

3.      $   **1,039.00**   of the filing fee in this case has been paid.

4.      The Services rendered or to be rendered include the following:
   - a.     Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   - b.     Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   - c.     Representation of the debtor(s) at the meeting of creditors.

5.      The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.      The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.      The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.      The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:   **August 9, 2010**                Respectfully submitted,

                                          **/s/ Paul E. Manasian**

Attorney for Debtor: **Paul E. Manasian 130855**
**MANASIAN & ROUGEAU LLP**
**400 Montgomery Street**
**Suite 1000**
**San Francisco, CA 94104**
**(415) 291-8425 Fax: (415) 291-8426**
**dion@mrlawsf.com**

# United States Bankruptcy Court
## Northern District of California

In re   **Kimomex Markets, Inc.**
_____
                                    Debtor(s)

Case No. _____
Chapter   **7** _____

## CREDITOR MATRIX COVER SHEET

       I declare that the attached Creditor Mailing Matrix, consisting of   **37**  sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:  **August  9, 2010**
_____

**/s/ Paul E. Manasian**
_____
Signature of Attorney
**Paul E. Manasian 130855**
**MANASIAN & ROUGEAU LLP**
**400 Montgomery Street**
**Suite 1000**
**San Francisco, CA 94104**
**(415) 291-8425   Fax: (415) 291-8426**

Software Copyright (c) 1996-2010 Best Case Solutions  - Evanston, IL - bestcase.com

Best Case Bankruptcy

800 Middlefield LLC
50 San Fernando
San Jose, CA 95113


A&P Paper & Plastic Supply, LLC
537 S. Crescent Ave.
San Jose, CA 95127


A.C. Foods
1117 Montague Expressway


Accounting Network, Inc.
PO Box 225
Santa Clara, CA 95052


Acies Engineering
111 W. Evelyn Ave., Suite 301
Sunnyvale, CA 94086


Acme Security Systems
1922 Republic Av.
San Leandro, CA 94577


Agaves & Tequilas Don Pilar
101 Industrial Road, #14
Belmont, CA 94002


Agroexport Group, LLC
11801 Pierce Street, 2nd Floor
Riverside, CA 92505

Alan Cartwright
869 Padova Dr.
Gilroy, CA 95020


Albert T. Lujan
101 Autumn Trail Way
Rescue, CA 95672


Alejandro Benito Mejia
3313 Mt. Wilson Drive
San Jose, CA 95127


Alejandro's Glass Co.
1876 Cunningham Ave.
San Jose, CA 95122


Alfonso Rodriguez
1526 Orlando Drive
San Jose, CA 95122


Alfredo Tiopan
1871 Tripoly Avenue
San Jose, CA 95122


All-Guard Alarm Systems, Inc.
23194 Kidder Street
Hayward, CA 94545


Allied Waste Services
PO Box 4155
Sarasota, FL 34230

Alvamexx Distributor
386 Gloria Ave.
San Jose, CA 95127


Amazonas Imports, Inc.
10848 Cantara Street
Sun Valley, CA 91352


American Compactor
PO Box 2459


Ameripride
PO Box 232150
Sacramento, CA 95823


Andres Miravete
10171 Torrance Avenue
San Jose, CA 95127


Antonio Gutierrez
1340 Paim
San Jose, CA 95110


Armando Ambriz
4191 Hidden Valley Ln.
San Jose, CA 95127


Arturo Garcia
13099 Water Street
San Jose, CA 95111

Atlas/Pellizzari Electric, Inc.
450 Howland Street
Redwood City, CA 94063


Award Services
827 N. Rengstorff Ave
Mountain View, CA 94043


B&R Distributor
870 Commercial Street, Suite B
San Jose, CA 95112


Bakemark
32621 Central Avenue
Union City, CA 94587


Ballons Direct 2 U
740-F East Lambert Road
La Habra, CA 90631


Bay Equipment Exchange
7075 Pyramid Court


Berkeley Farms, Inc.
25500 Clawiter Rd.
Attn: Gina Crossland


Berkeley Farms, LLC
c/o David J Cook
165 Fell Street
San Francisco, CA 94102

Biggs Cardosa Associates, Inc.
1871 The Alameda, Suite 200


Bimbo Bakeries USA, Inc.
File 52176
Los Angeles, CA 90074


BJE Escobar Produce


Block 5 Retail Assoc.
Kimball Small Properties
50 West Santa Clara St.
San Jose, CA 95113


Borel Private Bank
160 Bovet Road
San Mateo, CA 94402


Bryant Day
2150 Monterey Hwy, Apt. 253
San Jose, CA 95112


Bunzl Northern California
File 54124
Los Angeles, CA 90074


C.K. Trading Co., Inc.
641 Brennan Street
San Jose, CA 95131

CA Shopping Cart Retrieval
Dept. 2650
Los Angeles, CA 90084


California Cleaning Systems
31 Stewart


California EDD
State of California
Box 826880
Sacramento, CA 94280


California Flavored Nuts
PO Box 3007


Candies Tolteca Co.
PO Box 4055
Fresno, CA 93744


Carbonic Services
1920 De La Cruz Blvd.
Santa Clara, CA 95050


Cargill Food Distribution
Attn: Mary Ann
1400 N. MacArthur Drive, #6
Tracy, CA 95376


Carmen Cruzaley Collado
594 N. King Rd., Apt. 16
San Jose, CA 95133

Casa Sanchez Foods
PO Box 12582
San Francisco, CA 94112


Catalina Chevez
2950 Story Rd., Apt. 61
San Jose, CA 95127


CBS Outdoor
1850 North Central Neward
Newark, NJ 07188


CBS Outdoor Inc
c/o Jonathan M. Levine
1850 North Central Avenue
Phoenix, AZ 85004


Certified AD Services
PO Box 12025
Fresno, CA 93776


Chartis
22427 Network Plazce


Chef Merito
7915 Sepulveda Blvd
Van Nuys, CA 91405


Claudia Rios
3955 Seven Trees Blvd., #124
San Jose, CA 95111

Clean Carts Sales & Services, Inc.
226 S. 24th Street
San Jose, CA 95116


Clear Channel Broadcasting, Inc.
Attn: Jackie Alvarenga
1420 Koll Circle


Coca-Cola Bottling Co.
PO Box 53158
Los Angeles, CA 90074


Commercial Refrigeration Service
c/o Kenneth Jenner
3704 Mt. Diablo Blvd
Lafayette, CA 94549


County of Santa Clara
70 West Hedding
San Jose
San Jose, CA 95110


Creative Interconnect
PO Box 656
San Carlos, CA 94070


Creditors Trade
Stephen Kappos
3785 Brickway Blvd
Santa Rosa, CA 95403


Creditors Trade Association
Youngs Market
Stephen Kappos
3785 Brickway Blvd #210
Santa Rosa, CA 95403

CRS
3480 Arden Road
Hayward, CA 94545


Cruz & Associates, Inc.
10201 Trademark Street, Suite 3
Rancho Cucamonga, CA 91730


Cruz Farias
2563 Bambi Ln.
San Jose, CA 95116


Daniel A. Hernandez
1918 Alum Rock Ave., Apt. 319
San Jose, CA 95126


David K Small
50 San Fernando
San Jose, CA 95113


De Sol Corp.
880 Mitten Road, Suite No. 106


Del Sur Foods
PO Box 7425
Long Beach, CA 90807


Dell Financial Services
One Dell Way
Round Rock, TX 78682

Dept of Alcohol Beverage


Derek's Design, Inc.
2131-A March Road
Roseville, CA 95747


Devcon Construction
690 Gibraltar Drive
Milpitas, CA 85035


Diamond Sharp, Inc.
513 Mercury Lane
Brea, CA 92821


Diana Carlos
1257 Karl Street
San Jose, CA 95122


Diana Quiroz Quezada
2339 Orlando Dr.
San Jose, CA 95122


Dolores Vazquez
2167 Mondigo Ave.
San Jose, CA 95122


Don Francisco
PO Box 797
Riverbank, CA 95367

Dulce Aranda
196 Grammar Cypl, Apt. 2
San Jose, CA 95116


Eduardo Robledo
1526 Orlando Dr.
San Jose, CA 95122


El Aguila Magazine
1668 McKee Road, Suite B
San Jose, CA 95116


El Avisador Magazine
460 W. Taylor Street
San Jose, CA 95110


El Camino Produce


El Gallio
PO Box 277
Rialto, CA 92377


El Matador Spices
PO Box 277
Rialto, CA 92377


El Michoacano Spices
PO Box 90122

Eleazar Menera
1639 Park Dale Way
San Jose, CA 95129


Elizabeth Caldron
1176 Adrian Way
San Jose, CA 95122


Elva Amaya
4250 Santa Susana Way
San Jose, CA 95111


Emmanuel Hernandez
31 Talmadge Ave.


Esmeralda Aguilar
2151 Oakland Rd., Spece 504
San Jose, CA 95131


Esther Alvarez
46721 N
San Jose, CA 95112


Evangelina Valencia
6094 Jacques Dr.
San Jose, CA 95123


Farmer Brothers
File 55172

FedEx
PO Box 7221
Pasadena, CA 91109


Felipa Remigio
917 Palm Street
San Jose, CA 95113


Finance Staff
300 Frank H. Ogawa Plaza, Suite 210
Oakland, CA 94612


FireMaster
Dept. 1019
PO Box 121019


Fisher Printing, Inc.
2257 N. Pacific Street


Foster Farms Dairy
529 Kansas Ave.
Modesto, CA 95351


Frank-Lin
PO Box 49049
San Jose, CA 95161


Frontline, Inc.
11875 Dublin Blvd., Suite B130
Dublin, CA 94568

Gabriel Rosales
980 College Dr., Apt. 3
San Jose, CA 95128


Gary R. Meikle
2185 Stone View Drive
Sparks, NV 89436


Gelimex
2631 Glenview Dr.
Hollister, CA 95023


Genoveva Carmona
1127 Appian Ln., Apt. D
San Jose, CA 95116


Gildardo Zamundio
3256 Vernice Ave.
San Jose, CA 95127


Glacier Ice
1654 Marthaler Lane West
Saint Paul, MN 55110


Graciela Cisneros Reyes
3140 Rocky Mt. Dr.
San Jose, CA 95127


Graciela Montiel
1501 Almaden Expy., Apt. 1107
San Jose, CA 95125

Grandall Distributing
6073 Mission St
Daly City, CA 94014


Green Waste
1500 Berger Drive
San Jose, CA 95112


Guadalupe Perez
1416 Dubert Ln., Apt. 3
San Jose, CA 95122


Guadalupe Villanueva
92 N. 6th Street, Apt. 1
San Jose, CA 95112


Guiebaldo Guerrero


Guilibaldo Guerrero


Gustavo Magana
5156 Harvest States
San Jose, CA 95135


Gutierrez Brothers
PO Box 730183
San Jose, CA 95173

Happy Family Discount
1850 N. Kelly Road
Napa, CA 94558


Harvest Meat Company
c/o Gary S sherman
21112 Ventura Blvd
Ventura, CA 91936


Harvest Meat Company, Inc.
3100 52nd Avenue
Sacramento, CA 95823


Helados La Tapatia, Inc.
1418 "G" Street
Fresno, CA 93706


Helidia Heredia
1307 Farringdon Dr.
San Jose, CA 95127


Heriberto Rodriguez
666 Bernal Ave., Apt. 9
Sunnyvale, CA 94085


Hermelando Ambriz
2627 Kolmar
San Jose, CA 95127


Humana
PO Box 0884
Carol Stream, IL 60132

Humberto Hernandez
3412 Rubion Dr.
San Jose, CA 95148


Humberto Villareal
1822 Petaluma Court
Milpitas, CA 95035


ICBMA, Inc.
2033 Gateway Place, Suite 500
San Jose, CA 95110


Idalia Morales
900 Golden Wheel Park Dr., Spc. 205
San Jose, CA 95112


Irma Martinez
1126 Arthur Place
San Jose, CA 95127


IRS
Box 105078
Atlanta, GA 30348


Isaias Urdiano
1997
Lochness Way
San Jose, CA 95121


Itzamar Navarro
1526 Orlando Dr.
San Jose, CA 95122

Javier Alfaro
350 McArthur Ave.
San Jose, CA 95128


Jesus Gonzalez
877 Willow St., Apt. 104
San Jose, CA 95125


Jicela Hernandez Castro
1114 Appian Lane, Apt. B
San Jose, CA 95116


Jocelin Tehandon
4210 Monterey Hwy, Spc. 66
San Jose, CA 95111


John Hinde Curteich, Inc.
431 S. Lombard Street
Oxnard, CA 93030


Jose De Jesus Torres
1323 Crucero Dr., Apt. 1
San Jose, CA 95122


Jose Minera
1639 Pardal Way
San Jose, CA 95127


Jose Paredes

Jose Sanchez
135 Graham
San Jose, CA 95110


Juan Daniel Arragon
1699 Christopher
San Jose, CA 95122


Juan M. Sanchez
2686 Paccini Ave.
San Jose, CA 95122


Juan Matia Bermeo
876 Vintage Way
San Jose, CA 95122


Julio Cesar Mata
730 Blossom Way
San Francisco, CA 94141


Juvencia Amaya
256 S. Capitol Ave.
San Jose, CA 95127


Kaiser Permanente
PO Box 60000, File no. 73030
San Francisco, CA 94160


KD Web LLC
50 San Fernando
San Jose, CA 95113

KDTV
50 Fremont Street, 41st Floor
Attn: A/R
San Francisco, CA 94105


Kenia P. Salazar
170 N. 34th Street
San Jose, CA 95116


Kimball Small Properties
50 San Fernando St.
San Jose, CA 95113


Kimball W. Small
50 San Fernando
San Jose, CA 95113


Kimomex Santa Clara, LLC
50 West San Fernando Street, Suite 320
San Jose, CA 95113


Kimomex White, LLC
50 West San Fernando Street, Suite 320
San Jose, CA 95113


Kimomex, LLC
50 San Fernando
San Jose, CA 95113


Kimosabe Corporation
50 San Fernando
San Jose, CA 95113

Kronos Inc.
PO Box 845748
Boston, MA 02284


KSTS
PO Box 60000, File 30215
San Francisco, CA 94160


La Fiesta Food Products, Inc.
940 McLaughlin Ave.
San Jose, CA 95122


La Michoacana
2068 Lapham Avd.
Modesto, CA 95354


La Parcela Spice
431 Reynolds Circle
San Jose, CA 95112


La Rosa Tortilla Factory
142 Second Street
Watsonville, CA 95076


La Tortilla Factory
3300 Westwind Blvd.
Santa Rosa, CA 95403


Laguna Productions, Inc.
6930 Hayvenhurst Ave.

Laser Printer Technology, Inc.
1765 Scott Blvd., Suite 117


Lawrence Alvarado
2070 Radio Ave., Apt. 10
San Jose, CA 95125


LC Business Sytems, Corp.
1061 Tekman Drive
San Jose, CA 95122


Leticia Pimentel
3105 Dakan Court, Apt. 4
San Jose, CA 95136


Linton Paper & Supply
839 Thornton Street


Lizbeth Gomez
1930 Almaden Rd., #138
San Jose, CA 95125


Loomis
PO Box 45534
San Francisco, CA 94145


Lorena Pena
2220 Galveston Ave.
San Jose, CA 95122

Los Altos Food Products, inc.
15130 Nelson Ave.
La Puente, CA 91744


Lucila Villagomez
289 McCreery Ave.
San Jose, CA 95116


Luis Antonio Mata Campos
570 S. Rengstorff Ave.
Mountain View, CA 94040


M E Fox
File 30981
PO Box 600000


Manuel Salazar
459 Willow St.
San Jose, CA 95110


Marco Reyes
859 Padora Court
Gilroy, CA 95020


Marcos Guzman
1323 Crusero Dr., Apt. 1
San Jose, CA 95122


Margarita Torres
1705 View Dr.
Milpitas, CA 95035

Maria Contreras
1372 Park Pleasant Cir.
San Jose, CA 95127


Maria Del Rosario Velazquez
3414 Mt. Prieta Dr.
San Jose, CA 95127


Maria Diaz
11880 Francis Dr., Apt. 3
San Jose, CA 95133


Maria Maximiana Pulido
3256 San Rivas Dr.
San Jose, CA 95148


Maria Ochoa
611 San Luisito, Apt. 9
Sunnyvale, CA 94085


Maricela Vasquez
2441 Clyde Dr.
San Jose, CA 95116


Mariscos Bahia
MARISCOS BAHIA P.O. Box 51 Maywood, CA 9
Maywood, CA 90270


Marissa Garcia
831 Lawrence Dr.
Gilroy, CA 95020

Martin Felipe Vega
1050 S. 12th St., Apt. 113
San Jose, CA 95112


McPharlin Sprinkles & Thomas LLP
10 Ali Ann


MEPCO, Inc.
4912 W. Jacquelyn Avd.
Fresno, CA 93722


Mercado Latino, Inc.
PO Box 6168


Mercury Payment Systems
10 Burnett Court, Suite 300
Durango, CO 81301


Metro Wholesale
3170 Provence Place
Thousand Oaks, CA 91362


Michael Colinz Alcoreza
1895 Terilyn Ave.
San Jose, CA 95122


Mid Valley Foods, Inc.
3141 Sierra Street
Riverbank, CA 95367

Miguel Ramirez
24732 Joyce Street
Hayward, CA 94544


Mireya C. Araujo
1460 Berona Way
San Jose, CA 95122


Mireya Infante
1871 Tripoly Ave.
San Jose, CA 95122


Miriam R. Lopez
354 North 5th St., Apt. 3
San Jose, CA 95112


Mission Foods
Lock Box 843789
Dallas, TX 75284


Misson Foods
Fisher Printing
c/o Michaela Sozio
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067


Monarch Leasing, Inc.
195 N. 30th Street
San Jose, CA 95116


National Bandsaw Service
PO Box 36306
San Jose, CA 95158

National Commercial Recovery
c/o Glenn Besnyl
705 Diamond Bar #104
Diamond Bar, CA 91765


National Sales Corp.
6250 S. Boyle Avenue
Los Angeles, CA 90058


Ninfa Monje
2820 Rose Ave., Apt. 59
San Jose, CA 95127


Nora Limon
526 S. Willard Ave., #7
San Jose, CA 95126


Nuestro Queso
1 Light Sky, Suite 100


Oakmead Sign
50 San Fernando
San Jose, CA 95113


Ocean Label
PO Box 1103
Pleasanton, CA 94566


Office Depot
2926 Aborn Square
San Jose, CA 95121

```
Olivera  Eggs
PO Box 32126
San Jose, CA 95152


Oscar Ayala
555 McLaughlin Ave., #50
San Jose, CA 95116


Oscar Chavez
580 Independence Dr.
San Jose, CA 95111


Pacific Edge Wine & Spirits
29399 Agoura


Pacific Enerpower
PO Box 2901
San Ramon, CA 94583


Pacific Fresh Sea Food
PO Box 842757
Boston, MA 02284


Pacific Meat Co.
PO Box 1049


Pacific Periodicals, LLC
4635 Shelia St.
Los Angeles, CA 90040
```

PBI Market Equipment, Inc.
PO Box 6097
Long Beach, CA 90806


Pedro Torres
466 Southside Dr.
San Jose, CA 95111


Pedro Zepeda
359 N. 16th Street
San Jose, CA 95112


Pepsi Bottling Group
c/0 Alan L Brodkin & Associates
15500 B Rockfield Blvd.
Irvine, CA 92618


Pepsi Cola Company
PO Box 75948
Chicago, IL 60675


Perez Distributing Fresno, Inc.
PO Box 579
Sanger, CA 93657


Peterson Technical Services
PO Box 1043
San Mateo, CA 94403


PG&E
PO Box 997300
Sacramento, CA 95899

Producer Diary
PO Box 1231
Fresno, CA 93715


Quality King Dist., Inc.
201 Comac Street
Ronkonkoma, NY 11779


Rafael Trujano Pacheco
2629 Othelo Ave.
San Jose, CA 95122


Raquel De Leon
1658 Terilyn Ave.
San Jose, CA 95122


Raul Maintenance
207 Hopkings Ave.
Redwood City, CA 94063


Raul Sanchez
3148 Modred Dr.
San Jose, CA 95127


Reynaldos
Dept. 8160
Los Angeles, CA 90084


Roberto Bracamones
6143 Winnebago Ct.
San Jose, CA 95123

Roberto Hernandez
1710 Orlando Dr.
San Jose, CA 95122


Roberto Verduzco Arzate
2050 McKee Rd.
San Jose, CA 95116


Rocelia Bernabe
2245 Lanai Ave., Apt. 150
San Jose, CA 95122


Ropers Majesky Kohn & Bentley
1001 Marshall Street
Redwood City, CA 94063


Rosalina Fausto
563 June Avenue
San Jose, CA 95122


Roto Rooter Sewer Service
356 Matthew St.
Santa Clara, CA 95050


Rufina Hernandez
445 1st St., Apt. 2
San Jose, CA 95112


San Jose Investors
c/o Thomas Caudill
1025 N Fourth St
San Jose, CA 95112

San Jose Investors, LLC
PO Box 82551
Goleta, CA 93118


San Jose Water Company
110 W. Taylor


San Juanita Tortilla
261 Rianda Street
Salinas, CA 93901


Sandoval
San Jose, CA 95113


Sandra Molina
954 Henderson Ave., Space 86
Sunnyvale, CA 94086


SFC Associates VI
50 San Fernando
San Jose, CA 95113


SFC Block 4 Associates
50 San Fernando
San Jose, CA 95113


Shasta Produce
PO Box 2328
South San Francisco, CA 94083

Shoes for Crews, LLC
File Lockbox 51151


Simpson Garrity Innes & Jacuzzi
601 Gateway Blvd., Suite 950


State Board of Equalization
Box 942879
Sacramento, CA 94279


Sutti Associates
700 Airport Blvd., #110
Burlingame, CA 94010


The Bargain Bank
1541 Polk Street
San Francisco, CA 94109


The Bridge Graphics
360 Guerrero Street, Apt. 217
San Francisco, CA 94103


Theresa Hernandez


Tingley Piontkowski, LLP
10 Almaden Blvd.

Tirso Valderrama
2563 Bambi Ln.
San Jose, CA 95117


Tonali Imports
PO Box 71
Yorba Linda, CA 92885


Traditional Import
PO Box 3248
Anaheim, CA 92803


Trap Recyclers, Inc.
One Work Circle


Travelers
Hartford, CT 06183


Uniti Courier Service, Inc.
3231 Fletcher Drive
Los Angeles, CA 90065


Univision Radio
750 Battery Street, Suite 200
San Francisco, CA 94111


US Healthworks
PO Box 50042
Los Angeles, CA 90074

Valassis Direct Mail, Inc.
File 70179


Valley Store Fixtures
1861 Grogan Ave.
Merced, CA 95340


Venancio C. Cervantes
4347 Hwlad Ave.
San Jose, CA 95127


Vencore Leasing
4500 SW Kruse Way Suite 350
Lake Oswego, OR 97035


Vencore Solutions, LLC
PO Box 389674
Seattle, WA 98138


Veronica Naranjo Lopez
3256 San Rivas Dr.
San Jose, CA 95148


Victoria Jimenez
4030 Rose Ave.
San Jose, CA 95127


Virginia c. Alvarado
1484 Hurlingham Way
San Jose, CA 95127

Walzberg Advertising, Inc.
PO Box 487
Arroyo Grande, CA 93421


Watsonville Coast Produce, Inc.
275 Ker


Wilbert Cruzaley
594 N. King Rd., Apt. 16
San Jose, CA 95133


Wine Warehouse
PO Box 45616
San Francisco, CA 94145


Wonder Ice Cream
PO Box 304
Newark, CA 94560


Yes Wholesale
PO Box 855
Alameda, CA 94501


Yolanda Farias
5723 Hillbright Cir.
San Jose, CA 95123


Yolanda Jimenez
921 Palm St.
San Jose, CA 95113

```
Yolanda Padilla
5714 Via Monte Dr.
San Jose, CA 95118


Yosemite Meat Co.
PO Box 580008
Modesto, CA 95358


Young's Market Co.
PO Box 30145
Los Angeles, CA 90030
```

# United States Bankruptcy Court
## Northern District of California

In re __Kimomex Markets, Inc._____     Case No. _____

_____ Debtor(s)     Chapter     __7_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Kimomex Markets, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Pacific Community Ventures Investments**
**51 Federal Street, #402**
**San Francisco, CA 94107**

☐ None [*Check if applicable*]

| | |
|---|---|
| **August 9, 2010**_____ | **/s/ Paul E. Manasian**_____ |
| Date | **Paul E. Manasian 130855** |
| | Signature of Attorney or Litigant |
| | Counsel for __Kimomex Markets, Inc.__ |
| | **MANASIAN & ROUGEAU LLP** |
| | **400 Montgomery Street** |
| | **Suite 1000** |
| | **San Francisco, CA 94104** |
| | **(415) 291-8425 Fax:(415) 291-8426** |
| | **dion@mrlawsf.com** |