WILLIAM J. LAFFERTY (No. 120814)
ISAAC M. GRADMAN (No. 243344)
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/677-6262
E-mail: wlafferty@howardrice.com

Attorneys for Real Property Lessors
KIMOMEX WHITE LLC and KIMOMEX SANTA CLARA LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>KIMOMEX MARKETS, INC. fdba MERCADOS SUVIANDA,<br><br>Debtor. | Case No. 10-58613 ASW<br><br>Chapter 7 Case<br><br>[NO HEARING SET]<br><br>Judge: The Hon. Arthur S. Weissbrodt |

**DECLARATION OF DAVID K. SMALL IN SUPPORT OF STIPULATION FOR REJECTION OF REAL PROPERTY LEASES EFFECTIVE AS OF COMMENCEMENT OF BANKRUPTCY CASE**

I, David K. Small, hereby declare as follows:

1. I am an individual over the age of 21, residing in Saratoga, California. I am the member of Kimomex White LLC ("Kimomex White") and Kimomex Santa Clara LLC (Kimomex Santa Clara, and, collectively with Kimomex White, the "LLCs"), former lessors of real property premises to Kimomex Markets. Inc. ("KMM", or the "Debtor"), the debtor in the above-captioned chapter 7 case (the "Bankruptcy Case"), with the primary responsibility for managing the leasehold relationship between the LLCs and KMM. I make this declaration from personal knowledge, and could, if called as a witness, competently testify as to the matters set forth herein.

2. I make this declaration in support of the "Stipulation for Rejection of Real Property leases Effective as of the Commencement of Bankruptcy Case" (the "Stipulation").

3. Prior to the commencement of the Bankruptcy Case, KMM operated two grocery stores dba Mercados SuVianda, located at 1070 South White Road, San Jose, California (the "White Road Location") and 272 East Santa Clara Street, San Jose, California (the "Santa Clara Location").

4. Pursuant to that certain lease dated September 9, 1986 Kimomex White as successor in interest to 800 E. Middlefield, LLC ("800EM") leased the White Road Location from White Road Partners, LLC, successor in interest to DSL Service Company (the "WH Lease"). Pursuant to that certain sublease dated as of February 1, 2006, Kimomex White as successor in interest to 800EM in turn subleased the White Road Location to KMM as sublessee (the "WH Sublease"). True and correct copies of the WH Lease and SC Sublease are attached as Exhibits "A" and "B" hereto.

5. Pursuant to that lease dated July 14, 2008 Kimomex Santa Clara leased to KMM the majority of the Santa Clara premises (the "SC Lease 1"). Pursuant to that certain lease dated January 31, 1972 Kimomex Santa Clara as successor in interest to Lucky Stores, Inc. leased the remainder of the Santa Clara Location from Bale Properties, Inc. as successor in interest to John L. Chiappe et. al (the "SC Lease 2"). Pursuant to that certain sublease dated January 30, 2006, Kimomex Santa Clara in turn subleased said portion of premises at the

DECL. OF DAVID K. SMALL ISO STIP. FOR REJECTION OF REAL PROPERTY LEASES
-1-

Santa Clara Location to KMM as sublessee (the "SC Sublease 2"). True and correct copies of SC Lease 1, SC Lease 2 and SC Sublease 2 are attached as Exhibits "C", "D" and "E" hereto. For convenience, the WH Sublease, the SC Lease 1 and the SC Sublease 2 will be referred to collectively as the "KMM Subleases".

6. The KMM Subleases each provided for a set amount of rent to be paid, on a monthly basis, along with Common Area Maintenance ("CAM") charges and any charges for use of electrical, gas and water utility charges, to the respective LLCs. As of the termination of the WH Sublease, the rent and CAM charges for the White Road Location on a monthly basis were approximately $71,356; utilities payable by the sublessee under the Sublease were approximately $21,280 on a monthly basis. As of the termination of the SC Lease 1 and SC Sublease 2, the rent and CAM charges for the leased and subleased premises at the Santa Clara Location on a monthly basis were approximately $29,952; utilities payable by KMM (as the tenant and sublessee) were approximately $23,400 on a monthly basis.

7. Beginning in Fall 2007 KMM began defaulting on its payment obligations to Kimomex White and Kimomex Santa Clara. However, because Kimomex White and Kimomex Santa Clara are each lessees under the WH Lease and SC Lease 2, respectively, they have had to pay currently the amounts due as rent under the those leases. As well, Kimomex Santa Clara had to pay expenses associated with the property subject to the SC Lease 1.

8. On May 27, 2010, Kimomex White delivered a Notice to Pay Rent or Quit (the "White Road Location Notice"), pursuant to the provisions of California Code of Civil Procedure ("Cal. CCP") Sections 1161 and 1161.1, to KMM with respect to the Kimomex White Location. A true and correct copy of the White Road Location Notice is attached as Exhibit "F" hereto. The White Road Location Notice specified a 15 day period to pay back-due rent, in the amount of $952,312.29, for the period June 1, 2009 through May 31, 2010, or quit the premises. The White Road Location Notice contained an election to terminate and specified a termination date of June 11, 2010 if the rent stated in the White Road Location Notice was not paid prior to that time. The White Road Location Notice was dated

Case: 10-58613    Doc# 8    Filed: 09/03/10    Entered: 09/03/10 16:44:06    Page 3 of 5

May 27, 2010. I caused a copy of the Notice to be served by hand on KMM on that date, and copies were also served on KMM by mail and e-mail on the same date.

9. On May 27, 2010, Kimomex Santa Clara delivered Notices to Pay Rent or Quit (the "Santa Clara Location Notices") to KMM. True and correct copies of the Santa Clara Location Notices are attached as Exhibits "G" and "H" hereto. The Santa Clara Location Notices specified a 30 day notice to pay rent, in the amounts of $352,392, and $37,328 (for a further subleased premises), also for the period June 1, 2009 through May 31, 2010, or quit the premises. The Santa Clara Location Notices contained an election to terminate specifying a termination date of June 26, 2010 if the stated rent was not paid prior to that time. The Santa Clara Location Notices were also dated May 27, 2010, and were also served, by hand, by mail and e-mail on that date. A true and correct copy of the email that transmitted a copy of the Notices to Pay Rent or Quit on KMM is attached hereto as Exhibit "I".

10. Although the Notices to Pay Rent or Quit specified monetary defaults of approximately $1.45 Million for rent due for the period June 2009 through May 2010 for the White Road Location and the Santa Clara Location, in fact, as the Debtor's Voluntary Petition states, the aggregate amounts due under the Leases are much higher--approximately $2.3 Million for the White Road Location, and $1.0 Million for Santa Clara Location. A true and correct copy of the first page of the Debtor's Schedule "D", Secured Creditors, reflecting the uncontested amounts of Kimomex White's and Kimomex Santa Clara's rent claims is attached hereto as Exhibit "J".

11. I am informed and believe that KMM closed the White Road Location and the Santa Clara Location on or about June 5, 2010, and ceased all operations as of that date.

12. KMM never paid any rent due in response to any of the Notices to Pay Rent or Quit. Instead, KMM elected to quit the premises and surrendered possession of the White Road Location to Kimomex White and of the Santa Clara Location to Kimomex Santa Clara by delivery of the keys to those premises to Kimomex White Road and Kimomex Santa Clara, respectively, on July 22, 2010.

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

Case: 10-58613   Doc# 8   Filed: 09/03/10   Entered: 09/03/10 16:44:06   Page 4 of 5

13. Kimomex White LLC and Kimomex Santa Clara LLC have each been in possession and control of their respective locations since the July 22, 2010 surrender date, and have assumed utility accounts retroactive to when KMM ceased operations on June 5, 2010. Further, since obtaining possession and control of the premises, the LLCs have engaged in good faith efforts to re-lease and re-sublet the premises to third parties, in order to mitigate their damages, and decrease potential claims against KMM.

14. KMM filed its Voluntary Petition under chapter 7, commencing this Bankruptcy Case, on August 19, 2010. The apparent termination of the Lease and Subleases notwithstanding, Schedule "G" of the Schedules of Assets and Liabilities that KMM filed in this case references a purported interest in the Lease and Subleases. A true and correct copy of the Debtor's Schedule "G" is attached hereto as Exhibit "K".

I declare under penalty of perjury of the laws of the United States that the foregoing is true and accurate in all respects, and that this declaration was executed on September 3, 2010, in San Jose, California.

_____
David K. Small

W03 090310-182490001/Y8/1625739/v2