1  WILLIAM J. LAFFERTY (No. 120814)
   ISAAC M. GRADMAN (No. 243344)
2  HOWARD RICE NEMEROVSKI CANADY **IT IS SO ORDERED.**
       FALK & RABKIN                **Signed September 13, 2010**
3  A Professional Corporation
   Three Embarcadero Center, 7th Floor
4  San Francisco, California  94111-4024
   Telephone:    415/434-1600                *Arthur S. Weissbrodt*
5  Facsimile:    415/677-6262               **Arthur S. Weissbrodt**
   E-mail:       wlafferty@howardrice.com    **U.S. Bankruptcy Judge**
6
   Attorneys for Real Property Lessors
7  KIMOMEX WHITE LLC and KIMOMEX SANTA
   CLARA LLC
8

9                UNITED STATES BANKRUPTCY COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12

13  In re                              Case No. 10-58613 ASW

14  KIMOMEX MARKETS, INC. fdba          Chapter 7 Case
    MERCADOS SUVIANDA,
15                                      [NO HEARING SET]

16            Debtor.                   Judge:  The Hon. Arthur S. Weissbrodt

17

18         **ORDER APPROVING STIPULATION FOR REJECTION OF REAL PROPERTY
            LEASES EFFECTIVE AS OF COMMENCEMENT OF BANKRUPTCY CASE**

19

20

21

22

23

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

ORDER APPROVING STIPULATION FOR REJECTION OF REAL PROPERTY LEASES

1    The Court having reviewed the Stipulation For Rejection of Real Property Leases

2    Effective as of Commencement of Bankruptcy Case (the "Stipulation") entered into between

3    Kimomex White LLC ("Kimomex White") and Kimomex Santa Clara LLC ("Kimomex

4    Santa Clara", and, collectively with Kimomex White, the "LLCs"), former lessors of real

5    property premises to Kimomex Markets. Inc. ("KMM", or the "Debtor"), and Marc Del

6    Piero, the duly-appointed chapter 7 trustee in the above-captioned chapter 7 case (the

7    "Bankruptcy Case"), and the Declaration of David K. Small in support of the Stipulation,

8    and the Court having concluded that this is a matter appropriately disposed of in

9    conformance with the provisions of B.L.R. 6006-1(b), and good cause appearing, the Court

10   hereby ORDERS as follows:

11       1.    The Stipulation is approved in all respects.

12       2.    Pursuant to the provisions of Section 365(a) of the Code, the Trustee is hereby

13   authorized to reject any interest of the estate in the KMM Subleases[1], effective as of the

14   commencement of this Bankruptcy Case.

15       2.    In consideration for the prompt disposition of this matter, the rejection of the

16   KMM Subleases shall be effective as of the commencement of this Bankruptcy Case, and

17   the LLCs may assert no claim under Section 503(b)(1) of the Code for payment of an

18   "administrative expense" arising from the KMM Subleases.

19       3.    The LLCs shall be permitted to continue their efforts to mitigate their damages

20   under the KMM Subleases by their efforts to re-let and re-sublease the premises covered by

21   the KMM Subleases to third parties.

22       IT IS SO ORDERED.

23                          ***END OF ORDER***

---

[1]Capitalized terms not otherwise defined herein shall have the meaning set forth in the Stipulation.

ORDER APPROVING STIPULATION FOR REJECTION OF REAL PROPERTY LEASES

-1-

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*