PATRICK M. COSTELLO (Bar No. 117205)
VECTIS LAW GROUP
2225 E. BAYSHORE ROAD, SUITE 200
PALO ALTO, CA 94303-3220
Telephone: 650 320 1688
Facsimile: 650 320 1687
Email: pcostello@vectislawgroup.com

Attorneys for
Vencore Solutions LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>KIMOMEX MARKETS, INC.<br>fdba Mercados Suvianda,<br><br>    Debtor | Case No.: 10-58613 ASW<br><br>Chapter 7 Case<br><br>[No Hearing Set]<br><br>Judge: Hon. Arthur S. Weissbrodt |

**MOTION FOR APPROVAL OF STIPULATION
FOR REJECTION OF EQUIPMENT
LEASES AND RELATED RELIEF FROM STAY**

Vencore Solutions LLC dba Vencore Capital ("Vencore"), by and through its attorneys, hereby moves the Court pursuant to Federal Rules of Bankruptcy Procedure and L.B.R. 9014 for an order approving and authorizing the terms of a Stipulation For Rejection Of Equipment Leases And Related Relief From Stay (the "Rejection Stipulation") between Vencore and Marc Del Piero, the Chapter 7 Trustee in the above-captioned case (the "Trustee").

**CONCISE STATEMENT OF RELIEF REQUESTED**

Vencore moves the Court for an order approving and authorizing the terms of the Stipulation. The Stipulation is straight forward and its material terms are:

    **1.**    The equipment leases between Vencore and Kimomex Markets, Inc. are rejected as of the commencement of the Chapter 7 case;

2. Vencore is authorized to immediately take possession of the equipment leased pursuant to the equipment leases (the "Leased Equipment"); and

3. the automatic stay is modified to the extent necessary to enable Vencore to exercise its rights and remedies with respect to the Leased Equipment.

A copy of the Rejection Stipulation is attached hereto as Exhibit A.

## GROUNDS FOR RELIEF

Prior to the commencement of the Chapter 7 case, the Debtor operated two retail grocery stores in San Jose, California.

Pursuant to the Master Leases and related Lease Schedules, Vencore leased certain equipment and property to the Debtor for use in its business operations at the two stores. As additional security for its obligations to Vencore, the Debtor granted Vencore a security interest in substantially all of its tangible and intangible property. Vencore duly filed UCC-1 financing statements with respect to both its interest as lessor and its security interest.

The Debtor ceased its retail grocery operations prior to the commencement of the Chapter 7 case and the Trustee has already stipulated to the rejection of the real property leases for the Debtor's stores at which the Leased Equipment is located.

Vencore alleges it is owed more than $800,000 with respect to the Leased Equipment, and the Trustee has determined that the Chapter 7 estate will not benefit from retention of the Leased Equipment and accordingly has agreed that Vencore is entitled to exercise its rights and remedies with respect to the Leased Equipment.

## WAIVER OF L.B.R. 9013-1(B)(3)

This motion does not present any matters of disputed fact or law and Vencore requests the Court waiver the requirement of a separate memorandum of Points and Authorities.

Wherefore, Vencore requests the Court enter an order:

1. approving the Rejection Stipulation;

2. approving the rejection of the Equipment Leases, and

3. modifying the automatic stay to the extent necessary to enable Vencore to exercise its rights and remedies with respect to the Leased Equipment.

Date: September 17, 2010                      VECTIS LAW GROUP

                                                       /s/ Patrick M. Costello
                                                       Patrick M. Costello
                                                       Attorneys for Vencore Solutions LLC